| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>506 E. Main Street, Suite 300<br>Aspen, CO 81611<br>(970) 925-7635 | DATE FILED: May 6, 2019<br>CASE NUMBER: 2019CV30051 |
| Plaintiff(s): G.A. RESORT CONDOMINIUM<br>ASSOCIATION, INC<br>v.<br><br>Defendant(s): ILG, INC et al. | ▲COURT USE ONLY▲<br>Case No.:   2019CV30051<br><br>Division: 5 |
| **DELAY REDUCTION ORDER AND ORDER TO SET CASE MANAGEMENT CONFERENCE IN CIVIL CASES ASSIGNED TO JUDGES BOYD, LYNCH, NEILEY, NORRDIN, AND SELDIN** | |

1. All parties to civil cases assigned to Judges James B. Boyd, Denise K. Lynch, John F. Neiley, Anne K. Norrdin, and Christopher G. Seldin shall comply with this Order.

2. Deadlines that must be met are:  (a) Returns of Service on all defendants shall be filed within 63 days after the date of the filing of the complaint or, alternatively, if that is not done, plaintiff shall file a status report and explain the difficulties in accomplishing service and request an extension of time to complete service; (b) Application for default judgment shall be filed within 30 days after default has occurred; and (c) Within 42 days after the case is at issue, the responsible attorney or, if both parties are not represented by an attorney, the plaintiff, shall notice a case management setting conference with the judicial assistant for the judge to whom the case is assigned: Vicky Goddard for Judge Boyd (970-928-3091), Nancy Risner for Judge Lynch (970-928-3093), Maria Vergara Postay for Judge Seldin (970) 925-7635, ext. 4, Kirsten Stewart  (970-928-3095) for Judge Norrdin, and Lisa Stoeber (970) 928-3097 for Judge Neiley).  The Case Management Conference shall be set for a time after the parties Proposed Case Management Order is filed. A Case Management Conference is required even in C.R.C.P. 16.1 cases.  **Attorneys may request a Word version of the Proposed Case Management Order be emailed to them by contacting the respective Judge's Clerk**.

3. The court will consider extending these time periods upon a motion showing good cause.

4. At the Case Management Conference, the parties and the court will discuss the parties' Proposed Case Management Order which shall comply with amended C.R.C. P 16 (b)(1) through (17) and the attached Modified Civil Case Management Order. The Case Management Conference and other conferences will be by telephone only and NOT in person unless specifically ordered by the court.  The trial schedule will not be set until completion of discovery and mediation or other alternative dispute resolution.

5. Plaintiff shall mail a copy of this order to all parties who enter an appearance and who do NOT file their appearance electronically.   Any party who files an appearance by E-Filing, shall take notice of this Order.

Dated: May 6, 2019                                              CLERK OF COURT

                                                               */s/ JONNA GOLDSTONE*

                                                                               EXHIBIT B

JONNA GOLDSTONE

| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>506 E. Main Street, Suite 300<br>Aspen, CO 81611<br>(970) 925-7635 | |
| Plaintiff(s): G.A. RESORT CONDOMINIUM<br>ASSOCIATION, INC<br>v.<br><br>Defendant(s): ILG INC, et al. | ▲COURT USE ONLY▲ |
| PITKIN COMBINED COURTS<br>Phone Number:    (970) 925-7635<br>Fax Number:       (970) 925-6349 | Case No.: 2019CV30051<br><br>Division: 5 |
| **FORM CIVIL CASE MANAGEMENT ORDER** | |

The parties shall use this Form Case Management Order when preparing the proposed Case Management Order to be submitted to the court.

Pursuant to C.R.C.P. 16(b), the parties will discuss each item below. If they agree, the agreement should be stated. If they cannot agree, each party should state their position briefly. If an item does not apply, it should be identified as not applicable.

This form shall be submitted to the court in editable format. When approved by the court, it shall constitute the Case Management Order for this case unless modified by the court upon a showing of good cause.

This form must be filed with the court no later than 42 days after the case is at issue and at least 7 days before the date of the case management conference. The parties will comply with the Case Management Order entered by the court

**Trial to the Court or Jury will not be scheduled until completion of all discovery except for expert depositions, and completion of mandatory mediation.**

The case management conference is set for _____ ___, 20_____ at __:__ _.m.

**1.** The "at issue date" is: _____.

**2.** Responsible attorney's name, address, phone number and email address:

_____

**3.** The lead counsel for each party, _____,
and any party not represented by counsel, _____,

met and conferred in person or by telephone concerning this Proposed Order and each of the issues listed in Rule 16(b)(3)(A) through (E) on _____ __, 20 ____.

**4.**  Brief description of the case and identification of the issues to be tried (not more than one page, double-spaced, for each party): _____

**5.**  The following motions have been filed and are unresolved:

_____

**6.**  Brief assessment of each party's position on the application of the proportionality factors, including those listed in C.R.C.P. 26(b)(1): _____

**7.**  The lead counsel for each party, _____,
and any party not represented by counsel, _____,
met and conferred concerning possible settlement. The prospects for settlement are:
_____

**8.**  Deadlines for:
      a.  Amending or supplementing pleadings: (Not more than 105 days (15 weeks) from at issue date.) _____

      b.  Joinder of additional parties: (Not more than 105 days (15) weeks from at issue date.)
      _____

      c.  Identifying non-parties at fault:_____

**9.**  Dates of initial disclosures: _____
    Objections, if any, about their adequacy: _____

**10.**  If full disclosure of information under C.R.C.P. 26(a)(1)(C) was not made because of a party's inability to provide it, provide a brief statement of reasons for that party's inability and the expected timing of full disclosures _____, and completion of discovery on damages: _____

**11.**  Proposed limitations on and modifications to the scope and types of discovery, consistent with the proportionality factors in C.R.C.P. 26(b)(1):_____

Number of depositions per party (C.R.C.P. 26(b)(2)(A) limit 1 of adverse party + 2 others + experts per C.R.C.P. 26(b)(4)(A)): _____

Number of interrogatories per party (C.R.C.P. 26(b)(2)(B) limit of 30): _____

Number of requests for production of documents per party (C.R.C.P. 26(b)(2)(D) limit of 20):
_____

Number of requests for admission per party (C.R.C.P. 26(b)(2)(E) limit of 20): _____

Any physical or mental examination per C.R.C.P. 35: _____

Any limitations on awardable costs: _____

State the justifications for any modifications in the foregoing C.R.C.P. 26(b)(2) limitations:
_____

**12.** Number of experts, subjects for anticipated expert testimony, and whether experts will be under C.R.C.P. 26(a)(2)(B)(I) or (B)(II). The Court will allow a deviation from the expert disclosure deadlines set forth in C.R.C.P 26(2)(C) for good cause:
_____

If more than one expert in any subject per side is anticipated, state the reasons why such expert is appropriate consistent with proportionality factors in C.R.C.P. 26(b)(1) and any differences among the positions of multiple parties on the same side:_____

**13.** Proposed deadlines for expert witness disclosure if other than those in C.R.C.P. 26(a)(2):

     a. production of expert reports:

          i. Plaintiff/claimant: _____

          ii. Defendant/opposing party: _____

     b. production of rebuttal expert reports: _____

     c. production of expert witness files: _____

State the reasons for any different dates from those in C.R.C.P. 26(a)(2)(C): _____
_____

**14.** Discovery Deadline: All discovery, except for expert depositions, shall be completed by _____. Requests to supplement discovery after this deadline must be made by written motion. Expert depositions must be completed no later than 45 days before trial unless the parties stipulate to, or the court approves, a later deadline.

**15.** Discovery Disputes and Rule 37 Motions: Prior to filing any Rule 37 Motion or other motions relating to discovery disputes, the parties will confer in good faith to attempt to resolve the dispute. If those attempts are not successful, the parties will contact the court's judicial assistant to set the matter for a ½ hour telephone conference with the court to address the dispute. At least three business days prior to the telephone conference the parties will each file a brief summary, not to exceed three pages in length (excluding the caption and certificate of service), describing the specific issues in controversy and citing any applicable case law or other authority. At the telephone conference the court and the attorneys will attempt to resolve the dispute. If the dispute is not resolved at that time, the parties, with leave of the court, may then file formal Motions and Responses under Rule 37.

**16.** Electronically Stored Information: The parties (do)(do not) anticipate needing to discover a significant amount of electronically stored information. The following is a brief report concerning their agreements or positions on search terms to be used, if any, and relating to the production,

continued preservation, and restoration of electronically stored information, including the form in which it is to be produced and an estimate of the attendant costs.

_____

**17.** Mediation: The court will not set a trial date until all discovery, except for expert depositions, and mediation is completed unless the parties can show good cause for setting a trial without mediation.   Pursuant to Rule 16(b)(7) mediation or other ADR will be completed by:_____.

**18.** Written Motions: Whenever necessary or appropriate, the parties may submit motions that include citations to specific, applicable law.  However, prior to engaging in such practice, the parties must confer per C.R.C.P. 121 § 1-15-(8).  The court will not consider any motion unless there is a certificate of conferral cited in the motion or a valid reason stating why conferral did not occur.  Page limits on motions are as set forth in C.R.C.P. 121 § 1-15(1)(a), and must comply with C.R.C.P 10 as amended effective April 1, 2016.  Requests to exceed the page limit must be made by separate motion. If exhibits are attached to any motion, the exhibits must be separately uploaded into the e-filing system and separately designated by exhibit number or letter as well as a brief description of the exhibit so it can be quickly accessed by the court.  For example "Exhibit B – Affidavit of John Doe" is acceptable.  Exhibits that are merely described by number or letter, without more, will be rejected.

**19**. C.R.C.P. 16.1 Cases:  A Motion for Exclusion from C.R.C.P. 16.1 must be filed in compliance with C.R.C.P. 16.1(d) unless the exclusion automatically applies based on the filing of the Civil Cover Sheet for cases in excess of $100,000 in damages exclusive of attorneys, interest and costs, or the case is otherwise exempt from Rule 16.1. Pursuant to C.R.C.P. 16.1(j), the court does not automatically require a case management conference in C.R.C.P. 16.1 cases, and a form Case Management Order is not required. A Case Management Conference may be requested by either party.  A trial date will not be set in any C.R.C.P. 16.1 case until the parties have completed mediation and completed their required disclosures and the limited discovery permitted by the Rule. When mediation is completed, the parties may contact the court for a trial setting conference pursuant to paragraph 21 below.  Once a trial date is established, the deadlines for additional discovery under C.R.C.P. 16.1(k)(2) – (8) will apply.  The court will try to give Rule 16.1 cases early trial settings if possible.

**20.** Settlement: The court is to be immediately notified if the case settles.

**21.** Trial Setting Conference: If mediation is unsuccessful, plaintiff's counsel shall issue a Notice to Set Trial Setting Conference at which time the court will set trial dates and trial preparation deadlines and enter a Trial Management Order.  The court requires written confirmation from the plaintiff or responsible attorney that mediation was conducted before a trial date will be given.

**22.** Other Matters:_____.

DATED this _____ day of _____, 20_____.


_____          _____
Signature                                                        Signature
_____          _____
Attorney for Plaintiff                                       Attorney for Defendant

IT IS HEREBY ORDERED that the foregoing, including any modifications made by the court, is and shall be the Case Management Order in this case.

Dated this ___ day of _____, 20__.

BY THE COURT:

_____
District Court Judge

DATE FILED: May 28, 2019 9:29 PM
FILING ID: F4BE5069A7858
CASE NUMBER: 2019CV30051

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br>506 E. Main Street, Suite 300<br>Aspen, Colorado 81611 | |
| **Plaintiff:** G.A. RESORT CONDOMINIUM ASSOCIATION, INC.<br>**vs.**<br>**Defendants:** ILG, INC., *et al.* | **COURT USE ONLY** |
| *Attorneys for Plaintiff:*<br>Michael J. Reiser, A.R. #16161<br>**REISER LAW, P.C.**<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596<br>Telephone: (925) 256-0400<br>Facsimile: (925) 476-0304<br>Email: michael@reiserlaw.com<br><br>Matthew C. Ferguson, A.R. #25687<br>**THE MATTHEW C. FERGUSON LAW FIRM, P.C.**<br>119 South Spring Street, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288 \|<br>Facsimile: (970) 925-2273<br>Email: matt@matthewfergusonlaw.com | **Case Number: 2019 CV**<br><br>**Division: 5**<br><br>**This case is NOT subject to the simplified procedures for court action under Rule 16.1 because:**<br><br>**The Claims in the action exceed $100,000.00** |

## VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER

Plaintiff, by and through its counsel, THE MATTHEW C. FERGUSON LAW FIRM, P.C., and THE REISER LAW, P.C., pursuant to Rule 205.3 of the Colorado Rules of Civil Procedure, hereby respectfully moves this Court to enter an Order for *Pro Hac Vice* Admission allowing Anne Decker of THE MEADE FIRM P.C., located in San Francisco, California, to practice before the Court in the above-captioned matter and, as grounds therefor, state as follows:

### CERTIFICATE OF CONFERRAL

The Colorado Rules of Civil Procedure require attorneys to confer before filing a motion. *See* C.R.C.P. 121 § 1-15(8). No attorney has entered an appearance on behalf of Defendants, so conferral is not required for this Verified Motion for *Pro Hac Vice* Admission of Anne Decker.

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER**
Page **2** of **6**

## MOTION

1. Anne Decker is a qualified attorney-at-law licensed and in good standing in the State of California, when not on inactive status, since 2009. Ms. Decker's California registration number is 268435.

2. Anne Decker is a qualified attorney-at-law licensed and in good standing in the State of New York since 2015. Decker's New York registration number is 5358916.

3. Anne Decker is a qualified attorney-at-law licensed and in good standing with the U.S. District Court District of Colorado since 2019.

4. This is the second case in which Ms. Decker has sought *pro hac vice* admission in Colorado within the last five years. She was previously admitted *pro hac vice* in *Base Village Metropolitan District No. 2 v. The Related Companies, LP*, Case No. 30137, on February 22, 2019.

5. Ms. Decker has not been publicly disciplined or placed on disability inactive status in any jurisdiction, or in any *pro hac vice* admission jurisdiction and has not had such admission revoked. Ms. Decker does not have any pending formal disciplinary or disability proceeding in any jurisdiction.

6. Presuming her *pro hac vice* application is approved, Anne Decker of The Meade Firm P.C., together with Reiser Law, P.C. and the Matthew C. Ferguson Law Firm P.C., will represent the G.A. Resort Condominium Association in this matter, and will notify by electronic filing all Defendants of this Verified Motion and the Order entered upon appearance of counsel.

7. Anne Decker acknowledges that she is subject to the Colorado Rules of Civil Procedure, the Colorado Rules of Professional Conduct, and other court rules, and she agrees to follow those rules throughout the *pro hac vice* admission. This Verified Motion also complies with those rules.

8. A copy of this Verified Motion will be filed with the Clerk of the Supreme Court Office of Attorney Registration at the same time the Verified Motion is filed with the trial court, and the requisite fee of $300 will be paid.

9. Plaintiff certifies that upon entry or appearance of Defendants' counsel, a copy of this Verified Motion will be duly served.

10. Anne Decker has not established domicile in Colorado.

11. Anne Decker has not established an office or place where she holds herself out to the public as practicing law in Colorado.

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER**
Page **3** of **6**

12. By execution of the attached verification at the end of this motion, Ms. Decker verifies, under penalty of perjury, that the facts set forth in this Motion are in compliance with C.R.C.P. 205.3.

13. By execution of the attached verification at the end of this motion, Matthew C. Ferguson, a Colorado licensed attorney, verifies his association on this matter. Matthew Ferguson is a member of good standing of the bar of all courts in the State of Colorado.

**WHEREFORE,** Plaintiff respectfully requests that this Court sign and enter the attached proposed Order for *Pro Hac Vice* Admission of Anne Decker so as to allow Ms. Decker to participate in this matter and appear before this and other courts of competent jurisdiction in the above-captioned case throughout various stages of litigation.

DATED this 2 day of May 2019.

Respectfully submitted,

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

Michelle Schindler, #48076
119 South Spring Street, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: mschindler@matthewfergusonlaw.com
*Attorney for Plaintiff*

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER**
Page **4** of **6**

## VERIFICATION

STATE OF ILLINOIS         )
                              )ss

COUNTY OF COOK )

     I have read the foregoing Unopposed Verified Motion for *Pro Hac Vice* Admission of Anne Decker and state that the information contained herein is true and accurate to the best of my knowledge, information and belief, and as to those matters stated it to be upon information and belief, I believe them to be true and accurate.

_____
Anne Decker

Subscribed and sworn to before me on May 2nd, 2019, by Anne Decker.

WITNESS my hand and official seal.

My commission expires: 03/30/2021

```
BIANCA M RODRIGUEZ
Official Seal
Notary Public – State of Illinois
My Commission Expires Mar 30, 2021
```

_____
Notary Public

*In accordance with C.R.C.P. 121 Section 1-26(9), a printed copy of this document is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER**
Page **5** of **6**

## VERIFICATION

STATE OF COLORADO   )
                      )ss
COUNTY OF PITKIN   )

    I have read the foregoing Unopposed Verified Motion for *Pro Hac Vice* Admission of Anne Decker and state that the information contained herein is true and accurate to the best of my knowledge, information and belief, and as to those matters stated it to be upon information and belief, I believe them to be true and accurate.

                                    Michelle Schindler

Subscribed and sworn to before me on **5/28**, 2019, by Michelle Schindler

WITNESS my hand and official seal.

My commission expires: **4/5/2022**

                                    Notary Public

*In accordance with C.R.C.P. 121 Section 1-26(9), a printed copy of this document is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

COURTNEY M SANDERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184015282
MY COMMISSION EXPIRES APRIL 05, 2022

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER**
Page **6** of **6**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the __ day of May 2019, a true and correct copy of the foregoing **VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER** was filed and will be served *via* ICCES upon appearance of counsel.


Michelle Schindler

4839-0178-3385, v. 1

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br>506 E. Main Street, Suite 300<br>Aspen, Colorado 81611 | <span style="color:blue">DATE FILED: May 28, 2019 9:29 PM<br>FILING ID: F4BE5069A7858<br>CASE NUMBER: 2019CV30051</span> |
| **Plaintiff:** G.A. RESORT CONDOMINIUM ASSOCIATION, INC.<br>**vs.**<br>**Defendants:** ILG, INC., *et al.* | |
| | **COURT USE ONLY** |
| ***Attorneys for Plaintiff:***<br>Michael J. Reiser, A.R. #16161<br>**REISER LAW, P.C.**<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596<br>Telephone: (925) 256-0400<br>Facsimile: (925) 476-0304<br>Email: michael@reiserlaw.com<br><br>Matthew C. Ferguson, A.R. #25687<br>**THE MATTHEW C. FERGUSON LAW FIRM, P.C.**<br>119 South Spring Street, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288 |<br>Facsimile: (970) 925-2273<br>Email: matt@matthewfergusonlaw.com | **Case Number: 2019 CV**<br><br>**Division: 5**<br><br>**This case is NOT subject to the simplified procedures for court action under Rule 16.1 because:**<br><br>**The Claim in the action exceed $100,000.00** |

**[PROPOSED] ORDER RE: UNOPPOSED VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER**

This matter has come before the Court on Plaintiff's Unopposed Verified Motion for *Pro Hac Vice* Admission of Anne DEcker. The Court, having reviewed the Motion, and being otherwise fully advised in the premises, states as follows:

**IT IS HEREBY ORDERED:** Plaintiff Unopposed Verified Motion for *Pro Hac Vice* Admission of Anne Decker is GRANTED, and Anne Decker is admitted *pro hac vice* in this matter.

BY THE COURT:

_____

District Court Judge

DATE FILED: May 28, 2019 9:29 PM
FILING ID: F4BE5069A7858
CASE NUMBER: 2019CV30051

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br>506 E. Main Street, Suite 300<br>Aspen, Colorado 81611 | |
| **Plaintiff:** G.A. RESORT CONDOMINIUM ASSOCIATION, INC.<br>**vs.**<br>**Defendants:** ILG, INC., *et al.* | **COURT USE ONLY** |
| *Attorneys for Plaintiff:*<br>Michael J. Reiser, A.R. #16161<br>**REISER LAW, P.C.**<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596<br>Telephone: (925) 256-0400<br>Facsimile: (925) 476-0304<br>Email: michael@reiserlaw.com<br><br>Matthew C. Ferguson, A.R. #25687<br>THE MATTHEW C. FERGUSON LAW FIRM, P.C.<br>119 South Spring Street, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288 │<br>Facsimile: (970) 925-2273<br>Email: matt@matthewfergusonlaw.com | **Case Number: 2019 CV**<br><br>**Division: 5**<br><br>**This case is NOT subject to the simplified procedures for court action under Rule 16.1 because:**<br><br>**The Claims in the action exceed $100,000.00** |
| **VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE** | |

Plaintiff, by and through its counsel, THE MATTHEW C. FERGUSON LAW FIRM, P.C., and THE REISER LAW, P.C., pursuant to Rule 205.3 of the Colorado Rules of Civil Procedure, hereby respectfully moves this Court to enter an Order for *Pro Hac Vice* Admission allowing Tyler Meade of THE MEADE FIRM P.C., located in San Francisco, California, to practice before the Court in the above-captioned matter and, as grounds therefor, state as follows:

### CERTIFICATE OF CONFERRAL

The Colorado Rules of Civil Procedure require attorneys to confer before filing a motion. *See* C.R.C.P. 121 § 1-15(8). No attorney has entered an appearance on behalf of Defendants, so conferral is not required for this Verified Motion for *Pro Hac Vice* Admission of Tyler Meade.

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE**
Page 2 of 6

## MOTION

1.   Tyler Meade is a qualified attorney-at-law licensed and in good standing in the State of California since 1992 and in the State of New York since 2016. Mr. Meade's California registration number is 160838. The State of New York does not assign bar numbers.

2.   This is the second case in which Mr. Meade has sought *pro hac vice* admission in Colorado within the last five years. He was previously admitted *pro hac vice* in *Base Village Metropolitan District No. 2 v. The Related Companies, LP*, Case No. 30137, on January 23, 2018.

3.   Mr. Meade has not been publicly disciplined or placed on disability inactive status in any jurisdiction, or in any *pro hac vice* admission jurisdiction, and has not had such admission revoked. Mr. Meade does not have any pending formal disciplinary or disability proceeding in any jurisdiction.

4.   Presuming his *pro hac vice* application is approved, Mr. Meade of The Meade Firm P.C., together with Reiser Law, P.C., and the Matthew C. Ferguson Law Firm P.C. will represent Plaintiff G.A. Resort Condominium Association in this matter, and will notify by electronic filing all Defendants of this Verified Motion and the Order entered upon appearance of counsel.

5.   Mr. Meade acknowledges that he is subject to the Colorado Rules of Civil Procedure, the Colorado Rules of Professional Conduct, and other court rules, and he agrees to follow those rules throughout the *pro hac vice* admission. This Verified Motion also complies with those rules.

6.   A copy of this Verified Motion will be filed with the Clerk of the Supreme Court Office of Attorney Registration at the same time the Verified Motion is filed with the trial court, and the requisite fee of $300 will be paid.

7.   Plaintiff certifies that upon entry or appearance of Defendants' counsel, a copy of this Verified Motion will be duly served.

8.   Mr. Meade has not established domicile in Colorado.

9.   Mr. Meade has not established an office or place where he holds himself out to the public as practicing law in Colorado.

10.  By execution of the attached verification at the end of this motion, Mr. Meade verifies, under penalty of perjury, that the facts set forth in this Motion are in compliance with C.R.C.P. 205.3.

11.  By execution of the attached verification at the end of this motion, Michelle Schindler, a Colorado licensed attorney, verifies her association on this matter. Schindler is a member of good standing of the bar of all courts in the State of Colorado.

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE**
Page 3 of 6

     **WHEREFORE,** Plaintiff respectfully request that this Court sign and enter the attached proposed Order for *Pro Hac Vice* Admission of Tyler Meade so as to allow Mr. Meade to participate in this matter and appear before this and other courts of competent jurisdiction in the above-captioned case throughout various stages of litigation.

DATED this 2 day of May 2019.

 

         Respectfully submitted,

         THE MATTHEW C. FERGUSON LAW FIRM, P.C.

         Michelle Schindler, #48076
         119 South Spring Street, Suite 201
         Aspen, Colorado 81611
         Telephone: (970) 925-6288
         Facsimile: (970) 925-2273
         E-mail: mschindler@matthewfergusonlaw.com
         *Attorney for Plaintiff*

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE**
Page 4 of 6

## VERIFICATION

STATE OF CALIFORNIA      )
                                 )ss
COUNTY OF SAN FRANCISCO    )

    I have read the foregoing Unopposed Verified Motion for *Pro Hac Vice* Admission of Tyler Meade and state that the information contained herein is true and accurate to the best of my knowledge, information and belief, and as to those matters stated it to be upon information and belief, I believe them to be true and accurate.

_____
Tyler Meade

Subscribed and sworn to before me on May 2, 2019, by Tyler Meade.

WITNESS my hand and official seal.

My commission expires:
April 6, 2022

_____
Daniel W. O'Brien
Notary Public

*In accordance with C.R.C.P. 121 Section 1-26(9), a printed copy of this document is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

DANIEL W. O'BRIEN
COMM. #2237112
Notary Public - California
San Francisco County
My Comm. Expires Apr. 6, 2022

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE**
Page 5 of 6

## VERIFICATION

STATE OF COLORADO     )
                                           )ss
COUNTY OF PITKIN       )

I have read the foregoing Unopposed Verified Motion for *Pro Hac Vice* Admission of Tyler Meade and state that the information contained herein is true and accurate to the best of my knowledge, information and belief, and as to those matters stated it to be upon information and belief, I believe them to be true and accurate.

_____
Michelle Schindler

Subscribed and sworn to before me on **5/28**, 2019, by Michelle Schindler

WITNESS my hand and official seal.

My commission expires: **4/5/2022**

_____
Notary Public

*In accordance with C.R.C.P. 121 Section 1-26(9), a printed copy of this document is*

*being maintained by the filing party and will be made available for inspection by other parties or*

*the Court upon request.*

COURTNEY M SANDERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184015282
MY COMMISSION EXPIRES APRIL 05, 2022

Pitkin County District Court Case No. 2019 CV
*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE**
Page **6** of **6**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 2̲9̲ day of May 2019, a true and correct copy of the foregoing **VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE** was filed and will be served *via* ICCES upon appearance of counsel.

Michelle Schindler

4839-0178-3385, v. 1

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br>506 E. Main Street, Suite 300<br>Aspen, Colorado 81611 | DATE FILED: May 28, 2019 9:29 PM<br>FILING ID: F4BE5069A7858<br>CASE NUMBER: 2019CV30051 |
| **Plaintiff:** G.A. RESORT CONDOMINIUM ASSOCIATION, INC.<br>**vs.**<br>**Defendants:** ILG, INC., *et al.* | **COURT USE ONLY** |
| *Attorneys for Plaintiff:*<br>Michael J. Reiser, A.R. #16161<br>**REISER LAW, P.C.**<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596<br>Telephone: (925) 256-0400<br>Facsimile: (925) 476-0304<br>Email: michael@reiserlaw.com<br><br>Matthew C. Ferguson, A.R. #25687<br>**THE MATTHEW C. FERGUSON LAW FIRM, P.C.**<br>119 South Spring Street, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288 |<br>Facsimile: (970) 925-2273<br>Email: matt@matthewfergusonlaw.com | **Case Number: 2019 CV**<br><br>**Division: 5**<br><br>**This case is NOT subject to the simplified procedures for court action under Rule 16.1 because:**<br><br>**The Claim in the action exceed $100,000.00** |

**[PROPOSED] ORDER RE: UNOPPOSED VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE**

This matter has come before the Court on Plaintiff's Unopposed Verified Motion for *Pro Hac Vice* Admission of Tyler Meade. The Court, having reviewed the Motion, and being otherwise fully advised in the premises, states as follows:

**IT IS HEREBY ORDERED:** Plaintiff Unopposed Verified Motion for *Pro Hac Vice* Admission of Tyler Meade is GRANTED, and Tyler Meade is admitted *pro hac vice* in this matter.

BY THE COURT:

_____

District Court Judge

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br>506 East Main Street<br>Aspen, CO 81611<br>(970) 925-7635 | DATE FILED: May 23, 2019 5:29 PM<br>FILING ID: FCD6ED8FEBCBE<br>CASE NUMBER: 2019CV30051 |

Plaintiff:  **G.A. RESORT CONDOMINIUM ASSOCIATION, INC,** a Colorado Nonprofit Corporation

vs.

Defendants:  **ILG, LLC**, a Delaware corporation; **CHICAGO TITLE TIMESHARE LAND TRUST, INC.**, a Florida corporation, as Trustee for **HPC TRUST; GRAND ASPEN LODGING, LLC**, a Delaware limited liability company; **HPC DEVELOPER, LLC**, a Delaware limited liability company;  **HPC OWNERS' ASSOCIATION, LLC**, a Florida non-profit; **HV GLOBAL GROUP, INC.**, a Delaware corporation; **HV GLOBAL MARKETING CORPORATION**, a Florida corporation; **HYATT CORPORATION.**, a Delaware corporation; **HYATT HOTELS CORPORATION.**, a Delaware corporation; **HV GLOBAL MANAGEMENT CORPORATION.**, a Delaware corporation; **and MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation

**Corrected Caption**

▲  **COURT USE ONLY**  ▲

Case Number: 2019 CV300051
Div: 5

**This case is NOT subject to the simplified procedures for court action under Rule 16.1 because the Claims in the action exceed $100,000.00**

*Attorneys for Plaintiff:*
Matthew C. Ferguson, Esq., #25687
Michelle K. Schindler, Esq., #48076
**THE MATTHEW C FERGUSON LAW FIRM, P.C.**
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
matt@matthewfergusonlaw.com
mschindler@matthewfergusonlaw.com

**NOTICE OF CORRECTED PARTIES' NAMES AND REQUEST TO AMEND CAPTION AND CORRECT CERTAIN DEFENDANTS' NAMES IN COMPLAINT**

*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
Pitkin County District Court, Case No. 2019 CV 300051
**NOTICE OF CORRECTED PARTIES' NAMES AND REQUEST
TO AMEND CAPTION AND CORRECT CERTAIN DEFENDANTS'
NAMES IN COMPLAINT**
Page **2** of **3**

Plaintiff, G.A. Resort Condominium Association, Inc. ("Association"), a Colorado nonprofit corporation, by and through undersigned counsel, hereby submits its Notice of Corrected Parties' Names and Request to Amend Caption and Correct Certain Defendants' Names in Complaint, and states as follows:

1.      Plaintiff filed its Complaint and Jury Demand on May 3, 2019.

2.      Defendants named in the Complaint remain the same, however, based upon recent research, it is necessary to make minor corrections to the names of several of the corporate entities, thus requiring an amendment of the caption of the Complaint.

3.      Specifically, Plaintiff requests the following corporate names be corrected: Defendants ILG, Inc. be corrected to ILG, LLC; Chicago Title Landshare Trust, Inc., be corrected to Chicago Title Timeshare Land Trust, Inc.; HPC Owners Ass'n, LLC; be corrected to HPC Owners' Association, LLC; HV Global Group be corrected to HV Global Group, Inc.; HV Global Mktg. Corp. be corrected to HV Global Marketing Corporation; Hyatt Corp. be corrected to Hyatt Corporation; Hyatt Hotels Corp. be corrected to Hyatt Hotels Corporation; HV Global Mgmt. Corp. be corrected to HV Global Management Corporation; and Marriott Vacations Worldwide, Inc. be corrected to Marriott Vacations Worldwide Corporation.

4.      The changes in Defendants' corporate entity names should be used in all future pleadings and court documents in this case.

5.      No Defendant has yet been served thus there is no conferral possible regarding this request.

6.      Plaintiff requests that the caption of this case be amended as reflected in paragraph 3 above, and as set forth in the caption above.  Plaintiff also requests that the Complaint and Jury

*G.A. Resort Condominium Ass'n, Inc. v. ILG, Inc., et al.*
Pitkin County District Court, Case No. 2019 CV 300051
**NOTICE OF CORRECTED PARTIES' NAMES AND REQUEST**
**TO AMEND CAPTION AND CORRECT CERTAIN DEFENDANTS'**
**NAMES IN COMPLAINT**
Page **3** of **3**

Demand with amended caption and corrected names be accepted for filing. A copy of the

Complaint is attached as Exhibit "A", (but does not include the voluminous exhibits already filed).

      WHEREFORE, Plaintiff respectfully requests that the Court approve the amended case

caption to reflect the Defendants' proper corporate entity names and allow filing of the Complaint

and Jury Demand with corrected names.

      DATED: May 23, 2019

                            THE MATTHEW C. FERGUSON
                            LAW FIRM, P.C.

                            */s/ Matthew C. Ferguson*
                            Matthew C. Ferguson, #25687
                            119 South Spring, Suite 201
                            Aspen, Colorado 81611
                            Telephone: (970) 925-6288
                            Facsimile: (970) 925-2273
                            Email:matt@matthewfergusonlaw.com
                            *Attorney for the Plaintiff*

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br>506 E. Main Street,<br>Aspen, Colorado 81611<br>(970) 925-7635 | DATE FILED: May 23, 2019 5:29 PM<br>FILING ID: FCD6ED8FEBCBE<br>CASE NUMBER: 2019CV30051 |
| **Plaintiff**: **G.A. RESORT CONDOMINIUM ASSOCIATION, INC.**, a Colorado Nonprofit Corporation<br><br>vs.<br><br>**Defendants: ILG, LLC**, a Delaware corporation; **CHICAGO TITLE TIMESHARE LAND TRUST, INC.**, a Florida corporation, as Trustee for **HPC TRUST; GRAND ASPEN LODGING, LLC**, a Delaware limited liability company; **HPC DEVELOPER, LLC**, a Delaware limited liability company; **HPC OWNERS' ASSOCIATION, INC.**, a Florida non-profit; **HV GLOBAL GROUP, INC.**, a Delaware corporation; **HV GLOBAL MARKETING CORPORATION**, a Florida corporation; **HYATT CORPORATION**, a Delaware corporation; **HYATT HOTELS CORPORATION**, a Delaware corporation; **HV GLOBAL MANAGEMENT CORPORATION**, a Delaware corporation; and **MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation.<br><br>***Amended Caption*** | ▢ **COURT USE ONLY** ▢<br><br>Case Number:  2019 CV 300051<br><br>Div:    5<br><br>This case is <u>not</u> subject to Simplified Procedure under C.R.C.P. 16.1 because the amount in controversy exceeds $100,000.00. |

**[PROPOSED] ORDER RE: NOTICE OF CORRECTED PARTIES' NAMES AND REQUEST TO AMEND CAPTIONAND CORRECT CERTAIN DFEENDANTS' NAMES IN COMPLAINT**

THE COURT, having reviewed Plaintiff's Notice of Corrected Parties' Names and Request to Amend Caption and Correct Certain Defendants' Names in Complaint, and having been advised

of the premises therein hereby Orders that the case caption be amended to reflect the corrections set forth in Plaintiff's Request, and as set forth in the amended caption above.

The Complaint and Jury Demand with amended caption and corrected names is accepted for filing.

Dated this _____ day of May, 2019.

By the Court:


_____
District Court Judge
Christopher G. Seldin

**SO ORDERED BY COURT**
**06/11/2019**
DATE FILED: June 11, 2019 7:23 PM
CASE NUMBER: 2019CV30051

*Christopher Seldin*

**Christopher Seldin**
**Judge**

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO** <br> 506 E. Main Street, Suite 300 <br> Aspen, Colorado 81611 | |
| **Plaintiff:** G.A. RESORT CONDOMINIUM ASSOCIATION, INC. <br> **vs.** <br> **Defendants:** ILG, INC., *et al.* | **COURT USE ONLY** |
| *Attorneys for Plaintiff:* <br> Michael J. Reiser, A.R. #16161 <br> **REISER LAW, P.C.** <br> 1475 N. Broadway, Suite 300 <br> Walnut Creek, California 94596 <br> Telephone: (925) 256-0400 <br> Facsimile: (925) 476-0304 <br> Email: michael@reiserlaw.com <br><br> Matthew C. Ferguson, A.R. #25687 <br> **THE MATTHEW C. FERGUSON LAW FIRM, P.C.** <br> 119 South Spring Street, Suite 201 <br> Aspen, Colorado 81611 <br> Telephone: (970) 925-6288 | <br> Facsimile: (970) 925-2273 <br> Email: matt@matthewfergusonlaw.com | **Case Number: 2019 CV** <br><br> **Division: 5** <br><br> **This case is NOT subject to the simplified procedures for court action under Rule 16.1 because:** <br><br> **The Claim in the action exceed $100,000.00** |

**[PROPOSED] ORDER RE: UNOPPOSED VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE DECKER**

This matter has come before the Court on Plaintiff's Unopposed Verified Motion for *Pro Hac Vice* Admission of Anne DEcker. The Court, having reviewed the Motion, and being otherwise fully advised in the premises, states as follows:

**IT IS HEREBY ORDERED:** Plaintiff Unopposed Verified Motion for *Pro Hac Vice* Admission of Anne Decker is GRANTED, and Anne Decker is admitted *pro hac vice* in this matter.

BY THE COURT:

_____

District Court Judge

SO ORDERED BY COURT
05/28/2019

DATE FILED: May 28, 2019 12:21 PM
CASE NUMBER: 2019CV30051

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br>506 E. Main Street,<br>Aspen, Colorado 81611<br>(970) 925-7635 | *Christopher Seldin*<br>**Christopher Seldin**<br>**Judge** |
| **Plaintiff**: **G.A. RESORT CONDOMINIUM ASSOCIATION, INC.**, a Colorado Nonprofit Corporation | ☐ **COURT USE ONLY** ☐ |
| vs. | Case Number: 2019 CV 300051 |
| **Defendants: ILG, LLC**, a Delaware corporation; **CHICAGO TITLE TIMESHARE LAND TRUST, INC.**, a Florida corporation, as Trustee for **HPC TRUST; GRAND ASPEN LODGING, LLC,** a Delaware limited liability company; **HPC DEVELOPER, LLC,** a Delaware limited liability company; **HPC OWNERS' ASSOCIATION, INC.**, a Florida non-profit; **HV GLOBAL GROUP, INC.**, a Delaware corporation; **HV GLOBAL MARKETING CORPORATION**, a Florida corporation; **HYATT CORPORATION**, a Delaware corporation; **HYATT HOTELS CORPORATION**, a Delaware corporation; **HV GLOBAL MANAGEMENT CORPORATION**, a Delaware corporation; and **MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation. | Div: 5<br><br>This case is <u>not</u> subject to Simplified Procedure under C.R.C.P. 16.1 because the amount in controversy exceeds $100,000.00. |
| ***Amended Caption*** | |

---

**[PROPOSED] ORDER RE: NOTICE OF CORRECTED PARTIES' NAMES AND REQUEST TO AMEND CAPTIONAND CORRECT CERTAIN DFEENDANTS' NAMES IN COMPLAINT**

---

THE COURT, having reviewed Plaintiff's Notice of Corrected Parties' Names and Request

to Amend Caption and Correct Certain Defendants' Names in Complaint, and having been advised

of the premises therein hereby Orders that the case caption be amended to reflect the corrections set forth in Plaintiff's Request, and as set forth in the amended caption above.

The Complaint and Jury Demand with amended caption and corrected names is accepted for filing.

Dated this _____ day of May, 2019.

By the Court:


_____
District Court Judge
Christopher G. Seldin

**SO ORDERED BY COURT**
**06/11/2019**
DATE FILED: June 11, 2019 7:23 PM
CASE NUMBER: 2019CV30051

*Christopher Seldin*

**Christopher Seldin**
**Judge**

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br>506 E. Main Street, Suite 300<br>Aspen, Colorado 81611 | |
| **Plaintiff:** G.A. RESORT CONDOMINIUM ASSOCIATION, INC.<br>**vs.**<br>**Defendants:** ILG, INC., *et al.* | **COURT USE ONLY** |
| ***Attorneys for Plaintiff:***<br>Michael J. Reiser, A.R. #16161<br>**REISER LAW, P.C.**<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596<br>Telephone: (925) 256-0400<br>Facsimile: (925) 476-0304<br>Email: michael@reiserlaw.com<br><br>Matthew C. Ferguson, A.R. #25687<br>**THE MATTHEW C. FERGUSON LAW FIRM, P.C.**<br>119 South Spring Street, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288 \|<br>Facsimile: (970) 925-2273<br>Email: matt@matthewfergusonlaw.com | **Case Number: 2019 CV**<br><br>**Division: 5**<br><br>**This case is NOT subject to the simplified procedures for court action under Rule 16.1 because:**<br><br>**The Claim in the action exceed $100,000.00** |

**[PROPOSED] ORDER RE: UNOPPOSED VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER MEADE**

This matter has come before the Court on Plaintiff's Unopposed Verified Motion for *Pro Hac Vice* Admission of Tyler Meade. The Court, having reviewed the Motion, and being otherwise fully advised in the premises, states as follows:

**IT IS HEREBY ORDERED:** Plaintiff Unopposed Verified Motion for *Pro Hac Vice* Admission of Tyler Meade is GRANTED, and Tyler Meade is admitted *pro hac vice* in this matter.

BY THE COURT:

_____

District Court Judge

## DISTRICT COURT, PITKIN COUNTY, COLORADO
506 East Main Street, Aspen, CO 81611

**Plaintiff(s)**
G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado
Nonprofit Corporation

v.

**Defendant(s)**
ILG, LLC, a Delaware corporation; CHICAGO TITLE
TIMESHARE LAND TRUST, INC., a Florida corporation, as
Trustee for HPC TRUST; GRAND ASPEN LODGING, LLC, a
Delaware limited liability company; HPC DEVELOPER, LLC, a
Delaware limited liability company; HPC OWNERS'
ASSOCIATION, INC., a Florida non-profit; HV GLOBAL GROUP,
INC., a Delaware corporation; HV GLOBAL MARKETING
CORPORATION, a Florida corporation; HYATT CORPORATION,
a Delaware corporation; HYATT HOTELS CORPORATION, a
Delaware corporation; HV GLOBAL MANAGEMENT
CORPORATION, a Delaware corporation; and MARRIOTT
VACATIONS WORLDWIDE CORPORATION, a Delaware
corporation

DATE FILED: June 10, 2019 8:22 AM
FILING ID: 60A58CC0DFE54
CASE NUMBER: 2019CV30051

**AFFIDAVIT OF SERVICE**

Case #: **2019CV30051**

Received on **June 4, 2019 at 10:17 AM**

I, **Joshua Aragon**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **Wednesday, June 05, 2019**, at **03:08 PM**, I executed service of a **DISTRICT COURT CIVIL SUMMONS; COMPLAINT AND JURY DEMAND; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; EXHIBITS A-I**, on **GRAND ASPEN LODGING, LLC** at **Corporation Service Company, 1900 West Littleton Boulevard, Littleton, County of Arapahoe, CO 80120**.

**By Registered Agent Service to: COLE STENDER - PROCESS CLERK**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
**Joshua Aragon**

*Subscribed and sworn to before me by the Affiant who is personally known to me.*

_____
**Notary Public**

6/6/2019
_____
**Date**

STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034042481
My Commission Expires December 17, 2019

Client Reference: 2019CV30051
Field Sheet ID: 3437019



STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034042481
My Commission Expires December 17, 2019

## AFFIDAVIT OF SERVICE

| State of Colorado | County of Pitkin | District Court |
|---|---|---|

Case Number: 2019CV30051 5

Plaintiff:
**G.A. RESPORT CONDOMINIUM ASSOCIATION, INC., a Colorado Nonprofit Corporation**

DATE FILED: June 20, 2019 5:22 PM
FILING ID: 60A58CBD701B9
CASE NUMBER: 2019CV30051

vs.

Defendant:
**ILG, LLC, a Delaware limited liability company, ET AL**

For:
Matthew C. Ferguson, Esq.
Matthew C. Ferguson Law Firm, P.C.
119 S. Spring Street
Suite 201
Aspen, CO 81611

Received by Process Services, Inc. on the 5th day of June, 2019 at 11:56 am to be served on **Chicago Title Timeshare Land Trust, Inc. as Trustee for HPC Trust, c/o CT Corporation System, Registered Agent, 1200 S. Pine Island Rd., Plantation, FL 33324**.

I, Eric Deal, being duly sworn, depose and say that on the **5th day of June, 2019** at **1:40 pm**, I:

Served the within named corporation/entity by delivering a true copy of the Summons, Civil Cover Sheet, Complaint, Exhibits with the date and hour of service endorsed thereon by me to: Lisa Howard as employee of the Registered Agent (Company) for Chicago Title Timeshare Land Trust, Inc. as Trustee for HPC Trust, at 1200 South Pine Island Road, Plantation, FL 33324 and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Subscribed and Sworn to before me on the 5th day of June, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

EVERTON E BAGGOO
MY COMMISSION # GG 036687
EXPIRES: January 5, 2021

**Eric Deal**
SPS 336

**Process Services, Inc.**
8382 State Road 84
Fort Lauderdale, FL 33324
(954) 474-4867

Our Job Serial Number: MJD-2019005454

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

# DISTRICT COURT, PITKIN COUNTY, COLORADO
506 East Main Street, Aspen, CO 81611

**Plaintiff(s)**
G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado
Nonprofit Corporation

DATE FILED: June 10, 2019 8:22 AM
FILING ID: 60A58CC0DFE54
CASE NUMBER: 2019CV30051

**AFFIDAVIT OF SERVICE**

v.

**Case #: 2019CV30051**

**Defendant(s)**
ILG, LLC, a Delaware corporation; CHICAGO TITLE
TIMESHARE LAND TRUST, INC., a Florida corporation, as
Trustee for HPC TRUST; GRAND ASPEN LODGING, LLC, a
Delaware limited liability company; HPC DEVELOPER, LLC, a
Delaware limited liability company; HPC OWNERS'
ASSOCIATION, INC., a Florida non-profit; HV GLOBAL GROUP,
INC., a Delaware corporation; HV GLOBAL MARKETING
CORPORATION, a Florida corporation; HYATT CORPORATION,
a Delaware corporation; HYATT HOTELS CORPORATION, a
Delaware corporation; HV GLOBAL MANAGEMENT
CORPORATION, a Delaware corporation; and MARRIOTT
VACATIONS WORLDWIDE CORPORATION, a Delaware
corporation

Received on **June 4, 2019 at 10:17 AM**

I, **Joshua Aragon**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **Wednesday, June 05, 2019**, at **03:08 PM**, I executed service of a **DISTRICT COURT CIVIL SUMMONS; COMPLAINT AND JURY DEMAND; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; EXHIBITS A-I,** on **HPC DEVELOPER, LLC** at **Corporation Service Company, 1900 West Littleton Boulevard, Littleton, County of Arapahoe, CO 80120.**

**By Registered Agent Service to: COLE STENDER - PROCESS CLERK**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
**Joshua Aragon**

*Subscribed and sworn to before me by the Affiant who is personally known to me.*

_____
**Notary Public**

6/6/2019
_____
**Date**

STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034042481
My Commission Expires December 17, 2019

Client Reference: 2019CV30051
Field Sheet ID: 3437091

STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034042431
My Commission Expires December 17, 2019

## DISTRICT COURT, PITKIN COUNTY, COLORADO

506 East Main Street, Aspen, CO 81611

**Plaintiff(s)**

G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado
Nonprofit Corporation

**v.**

**Defendant(s)**

ILG, LLC, a Delaware corporation; CHICAGO TITLE
TIMESHARE LAND TRUST, INC., a Florida corporation, as
Trustee for HPC TRUST; GRAND ASPEN LODGING, LLC, a
Delaware limited liability company; HPC DEVELOPER, LLC, a
Delaware limited liability company; HPC OWNERS'
ASSOCIATION, INC., a Florida non-profit; HV GLOBAL GROUP,
INC., a Delaware corporation; HV GLOBAL MARKETING
CORPORATION, a Florida corporation; HYATT CORPORATION,
a Delaware corporation; HYATT HOTELS CORPORATION, a
Delaware corporation; HV GLOBAL MANAGEMENT
CORPORATION, a Delaware corporation; and MARRIOTT
VACATIONS WORLDWIDE CORPORATION, a Delaware
corporation

DATE FILED: June 10, 2019 8:22 AM
FILING ID: 60A58CC0DFE54
CASE NUMBER: 2019CV30051

**AFFIDAVIT OF SERVICE**

**Case #: 2019CV30051**

Received on **June 4, 2019 at 10:17 AM**

I, **Joshua Aragon**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **Wednesday, June 05, 2019**, at **03:08 PM**, I executed service of a **DISTRICT COURT CIVIL SUMMONS; COMPLAINT AND JURY DEMAND; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; EXHIBITS A-I,** on **HV GLOBAL GROUP** at **Corporation Service Company, 1900 West Littleton Boulevard, Littleton, County of Arapahoe, CO 80120.**

**By Registered Agent Service to: COLE STENDER - PROCESS CLERK**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
**Joshua Aragon**

*Subscribed and sworn to before me by the Affiant who is personally known to me.*

_____
**Notary Public**

_____
**Date** 4/6/2019

STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034042481
My Commission Expires December 17, 2019

Client Reference: 2019CV30051
Field Sheet ID: 3437099

STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234054941
My Commission Expires December 17, 2016

## DISTRICT COURT, PITKIN COUNTY, COLORADO

506 East Main Street, Aspen, CO 81611

**Plaintiff(s)**

G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado
Nonprofit Corporation

**DATE FILED:** June 10, 2019 8:22 AM
**FILING ID:** 60A58CC0DFE54
**CASE NUMBER:** 2019CV30051

**AFFIDAVIT OF SERVICE**

**v.**

Case #: **2019CV30051**

**Defendant(s)**

ILG, LLC, a Delaware corporation; CHICAGO TITLE
TIMESHARE LAND TRUST, INC., a Florida corporation, as
Trustee for HPC TRUST; GRAND ASPEN LODGING, LLC, a
Delaware limited liability company; HPC DEVELOPER, LLC, a
Delaware limited liability company; HPC OWNERS'
ASSOCIATION, INC., a Florida non-profit; HV GLOBAL GROUP,
INC., a Delaware corporation; HV GLOBAL MARKETING
CORPORATION, a Florida corporation; HYATT CORPORATION,
a Delaware corporation; HYATT HOTELS CORPORATION, a
Delaware corporation; HV GLOBAL MANAGEMENT
CORPORATION, a Delaware corporation; and MARRIOTT
VACATIONS WORLDWIDE CORPORATION, a Delaware
corporation

Received on **June 4, 2019 at 10:17 AM**

I, **Joshua Aragon**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **Wednesday, June 05, 2019**, at **03:08 PM**, I executed service of a **DISTRICT COURT CIVIL SUMMONS; COMPLAINT AND JURY DEMAND; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; EXHIBITS A-I**, on **HV GLOBAL MANAGEMENT CORP.** at **Corporation Service Company, 1900 West Littleton Boulevard, Littleton, County of Arapahoe, CO 80120.**

**By Registered Agent Service to: COLE STENDER - PROCESS CLERK**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

**Joshua Aragon**

*Subscribed and sworn to before me by the Affiant who is personally known to me.*

**Notary Public**

**Date** _6/6/2019_

STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034042481
My Commission Expires December 17, 2019

Client Reference: 2019CV30051
Field Sheet ID: 3437118

## DISTRICT COURT, PITKIN COUNTY, COLORADO
506 East Main Street, Aspen, CO 81611

**Plaintiff(s)**
G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado
Nonprofit Corporation

v.

**Defendant(s)**
ILG, LLC, a Delaware corporation; CHICAGO TITLE
TIMESHARE LAND TRUST, INC., a Florida corporation, as
Trustee for HPC TRUST; GRAND ASPEN LODGING, LLC, a
Delaware limited liability company; HPC DEVELOPER, LLC, a
Delaware limited liability company; HPC OWNERS'
ASSOCIATION, INC., a Florida non-profit; HV GLOBAL GROUP,
INC., a Delaware corporation; HV GLOBAL MARKETING
CORPORATION, a Florida corporation; HYATT CORPORATION,
a Delaware corporation; HYATT HOTELS CORPORATION, a
Delaware corporation; HV GLOBAL MANAGEMENT
CORPORATION, a Delaware corporation; and MARRIOTT
VACATIONS WORLDWIDE CORPORATION, a Delaware
corporation

DATE FILED: June 10, 2019 8:22 AM **AFFIDAVIT OF SERVICE**
FILING ID: 60A58CC0DFE54
CASE NUMBER: 2019CV30051

Case #: **2019CV30051**

Received on **June 4, 2019 at 10:17 AM**

I, **Joshua Aragon**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein,
in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **Wednesday, June 05, 2019**, at **03:08 PM**, I executed service of a **DISTRICT COURT CIVIL SUMMONS; COMPLAINT AND JURY
DEMAND; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-
CLAIM OR THIRD PARTY COMPLAINT; EXHIBITS A-I**, on HV GLOBAL MARKETING GROUP at **Corporation Service Company, 1900
West Littleton Boulevard, Littleton, County of Arapahoe, CO 80120.**

**By Registered Agent Service to: COLE STENDER - PROCESS CLERK**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
**Joshua Aragon**

Subscribed and sworn to before me by the Affiant who is
personally known to me.

_____
**Notary Public**

6/6/2019
_____
**Date**

STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034042481
My Commission Expires December 17, 2019

Client Reference: 2019CV30051
Field Sheet ID: 3437108

## DISTRICT COURT, PITKIN COUNTY, COLORADO

506 East Main Street, Aspen, CO 81611

**Plaintiff(s)**

G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado
Nonprofit Corporation

v.

**Defendant(s)**

ILG, LLC, a Delaware corporation; CHICAGO TITLE
TIMESHARE LAND TRUST, INC., a Florida corporation, as
Trustee for HPC TRUST; GRAND ASPEN LODGING, LLC, a
Delaware limited liability company; HPC DEVELOPER, LLC, a
Delaware limited liability company; HPC OWNERS'
ASSOCIATION, INC., a Florida non-profit; HV GLOBAL GROUP,
INC., a Delaware corporation; HV GLOBAL MARKETING
CORPORATION, a Florida corporation; HYATT CORPORATION,
a Delaware corporation; HYATT HOTELS CORPORATION, a
Delaware corporation; HV GLOBAL MANAGEMENT
CORPORATION, a Delaware corporation; and MARRIOTT
VACATIONS WORLDWIDE CORPORATION, a Delaware
corporation

DATE FILED: June 10, AFFIDAVIT OF SERVICE
FILING ID: 60A58CC0DFE54
CASE NUMBER: 2019CV30051

**Case #: 2019CV30051**

Received on **June 4, 2019 at 10:17 AM**

I, **Joshua Aragon**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **Wednesday, June 05, 2019**, at **03:08 PM**, I executed service of a **DISTRICT COURT CIVIL SUMMONS; COMPLAINT AND JURY DEMAND; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; EXHIBITS A-I,** on **HYATT CORPORATION** at **Corporation Service Company, 1900 West Littleton Boulevard, Littleton, County of Arapahoe, CO 80120.**

**By Registered Agent Service to: COLE STENDER - PROCESS CLERK**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
**Joshua Aragon**

*Subscribed and sworn to before me by the Affiant who is personally known to me.*

_____
**Notary Public**

_____
**Date**

6/6/2019

STEVEN D. GLENN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034042481
My Commission Expires December 17, 2019

Client Reference: 2019CV30051
Field Sheet ID: 3437121

# Affidavit of Process Server

DISTRICT COURT, PITKIN COUNTY, COLORADO

DATE FILED: June 10, 2019 8:22 AM
FILING ID: 60A58CC0DFE54
CASE NUMBER: 2019CV30051

| G.A. RESORT CONDOMINIUM ASSOCIATION, INC. | VS | ILG, LLC, ET AL. | 2019 CV 300051 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I KEVIN S. DUNN _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.  RECEIVED 6/5/19

**Service:** I served HYATT HOTELS CORPORATION
_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) DISTRICT COURT CIVIL SUMMONS; DISTRICT COURT CIVIL CASE COVER SHEET; COMPLAINT AND JURY DEMAND WITH EXHIBITS

by leaving with LYNANNE GARES                    MANAGING AGENT                    At
                        NAME                              RELATIONSHIP

☐ Residence
_____
                   ADDRESS                          CITY / STATE

☒ Business   C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
                        ADDRESS                          CITY / STATE

On _____6/5/19_____   AT   ____12:30 PM____
           DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                    DATE

from_____
           CITY          STATE          ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of_____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____   (2)_____
                                                            DATE          TIME              DATE          TIME

(3)_____   (4)_____   (5)_____
        DATE          TIME              DATE          TIME              DATE          TIME

Age 45   Sex FEMALE   Race WHITE   Height 5'5   Weight 180   HAIR BROWN

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 5TH day of JUNE ,2019.

SIGNATURE OF NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

NOTARY PUBLIC for the state of  DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

DISTRICT COURT, PITKIN COUNTY, COLORADO

DATE FILED: June 10, 2019 8:22 AM
FILING ID: 60A58CC0DFE54
CASE NUMBER: 2019CV30051

G.A. RESORT CONDOMINIUM ASSOCIATION, INC.   VS   ILG, LLC, ET AL.

2019 CV 300051

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I KEVIN S. DUNN _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.  RECEIVED 6/5/19 _____

**Service:** I served ILG, LLC _____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) DISTRICT COURT CIVIL SUMMONS; DISTRICT COURT CIVIL CASE COVER SHEET; COMPLAINT AND JURY DEMAND WITH EXHIBITS

by leaving with LYNANNE GARES                     MANAGING AGENT                     At

NAME                                  RELATIONSHIP

☐ Residence _____

ADDRESS                           CITY / STATE

☒ Business  C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

ADDRESS                           CITY / STATE

On _____ 6/5/19 _____   AT _____ 12:30 PM _____

DATE                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

CITY          STATE          ZIP

**Manner of Service:**
☒  CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ **Unknown at Address**    ☐ **Moved, Left no Forwarding**    ☐ **Service Canceled by Litigant** ☐ **Unable to Serve in Timely Fashion**
☐ **Address Does Not Exist** ☐ **Other**_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____

DATE          TIME                    DATE          TIME

(3)_____ (4)_____ (5)_____

DATE          TIME                    DATE          TIME                    DATE          TIME

Age  45  Sex FEMALE Race WHITE Height 5'5   Weight  180   HAIR  BROWN

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 5TH day of JUNE _____ ,2019.

SIGNATURE OF NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

NOTARY PUBLIC for the state of  DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

DISTRICT COURT, PITKIN COUNTY, COLORADO

DATE FILED: June 10, 2019 8:22 AM
FILING ID: 60A58CC0DFE54
CASE NUMBER: 2019CV30051

| G.A. RESORT CONDOMINIUM ASSOCIATION, INC. | VS | ILG, LLC, ET AL. | 2019 CV 300051 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I KEVIN S. DUNN _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.  RECEIVED 6/5/19

**Service:** I served MARRIOT VACATIONS WORLDWIDE CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) DISTRICT COURT CIVIL SUMMONS; DISTRICT COURT CIVIL CASE COVER SHEET; COMPLAINT AND JURY DEMAND WITH EXHIBITS

by leaving with LYNANNE GARES                MANAGING AGENT                At
                          NAME                              RELATIONSHIP

☐ Residence _____
                     ADDRESS                         CITY / STATE

☒ Business C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
                     ADDRESS                         CITY / STATE

On _____ 6/5/19 _____ AT _____ 12:30 PM _____
            DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                          DATE

from_____
         CITY          STATE          ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                            DATE      TIME                DATE      TIME
(3)_____ (4)_____ (5)_____
       DATE      TIME              DATE      TIME               DATE      TIME

Age 45   Sex FEMALE Race WHITE Height 5'5   Weight 180   HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 5TH day of JUNE ,2019

_____
SIGNATURE OF NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

| | |
|---|---|
| DISTRICT COURT, PITKIN, COLORADO<br>506 East Main, Ste. 300<br>Aspen, Colorado 81611<br>(970) 925-7635 | DATE FILED: June 26, 2019 3:57 PM<br>FILING ID: CAD11572FB341<br>CASE NUMBER: 2019CV30051 |
| Plaintiff:<br><br>**G.A. RESORT CONDOMINIUM ASSOCIATION, INC.,**<br>**a Colorado nonprofit corporation,**<br><br>v.<br><br>Defendants:<br><br>**ILG, INC.**, a Delaware corporation, **CHICAGO TITLE**<br>**LANDSHARE TRUST, INC.**, a Florida corporation, as<br>Trustee for **HPC TRUST, GRAND ASPEN LODGING,**<br>**LLC**, a Delaware limited liability company, **HPC**<br>**DEVELOPER, LLC**, a Delaware limited liability company,<br>**HPC OWNERS ASSOCIATION, LLC**, a Florida<br>nonprofit, **HV GLOBAL MKTG. CORP.**, a Florida<br>corporation, **HYATT CORP.**, a Delaware corporation,<br>**HYATT HOTELS CORP.**, a Delaware corporation, **HV**<br>**GLOBAL MGMT. CORP.**, a Delaware corporation, and<br>**MARRIOTT VACATIONS WORLDWIDE, INC.**, a<br>Delaware corporation. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2019CV30051<br><br>Division: 5 |
| *Attorneys for Defendants*<br>Naomi G. Beer, #29144<br>GREENBERG TRAURIG, LLP<br>1200 Seventeenth Street, Suite 2400<br>Denver, Colorado 80202<br>Telephone: (303) 572-6549<br>Facsimile: (303) 572-6540<br>Email: beern@gtlaw.com | |

| |
|---|
| **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR**<br>**OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants ILG, Inc. ("ILG"), Chicago Title Timeshare Land Trust, Inc. (incorrectly named as Chicago Title Landshare Trust, Inc.) ("Chicago Title"), Grand Aspen Lodging, LLC ("G.A. Lodging"), HPC Developer, LLC ("HPC Developer"), HPC Owners' Association, Inc. (incorrectly named as HPC Owners Association, LLC) ("HPC Owners Ass'n"), HV Global Group, Inc. ("HVGG"), HV Global Marketing Corporation ("HV Global Marketing"), Hyatt Corp. ("Hyatt"), Hyatt Hotels Corporation ("Hyatt Hotels"), HV Global Management Corporation ("HVGM"), and Marriott Vacations Worldwide Corporation (incorrectly named as

Marriott Vacations Worldwide, Inc.) ("MVWC") (collectively, "Defendants"), by and through their undersigned attorneys, Greenberg Traurig, LLP, hereby submit this Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and respectfully request an extension as follows:

## CERTIFICATE OF COMPLIANCE

Pursuant to C.R.C.P. 121 § 1-15(8), counsel for Defendants certifies that they have, in good faith, conferred with Plaintiff's counsel, and Plaintiff's counsel does not oppose this Motion.

1.      Plaintiff filed its Complaint with the Court on May 29, 2019.

2.      Defendants ILG, Chicago Title, G.A. Lodging, HPC Developer, HVGG, HV Global Marketing, Hyatt, Hyatt Hotels, HVGM, and MVWC were first served with the Summons and Complaint in this action on June 5, 2019, and Defendant HPC Owners Ass'n was served on June 10, 2019.

3.      The Defendants are all out-of-state and were served out of state. Accordingly, pursuant to C.R.C.P. 12(a)(2), their respective deadlines to answer, move or otherwise respond to the Complaint is 35 days from the date of service. Based on the varying dates of service on the Defendants, here these dates range from July 10, 2019 to July 15, 2019.

4.      Given the varying response dates, that all Defendants are out of state, and the need for each Defendant to investigate, evaluate and respond to the numerous legal and factual issues raised in the 72-page, 209-paragraph Complaint that contains 14 separate causes of action (including contract, tort and statutory claims), Defendants discussed with Plaintiffs their request for a common response date of August 23, 2019, to permit sufficient time for each of the Defendants to conduct a reasonable investigation and prepare a responsive pleading. Plaintiff does not oppose this request. Defendants therefore seek a common date of August 23, 2019, for all Defendants to answer, move or otherwise respond to the Complaint, which reflects an extension of 43 days from the earliest response date for any Defendant based on its date of service.

5.      This extension of time is sought in good faith and not for the purposed of delay. Allowing Defendants to answer, move or otherwise respond to the Complaint no later than August 23, 2019, will not result in any prejudice or delay to the Plaintiff.

6.      Defendants further reserve all rights, objections and defenses regarding personal jurisdiction, lack of service, improper or insufficient service of process, and all other defenses they may have, and do not waive any such rights or objections by virtue of their joining this motion for extension.

WHEREFORE, Defendants respectfully request this Court grant their request for a common deadlines and extension of time in which to answer, move or otherwise respond to Plaintiff's Complaint, up to and including August 23, 2019.

*ACTIVE 44217621v1*

Respectfully submitted this 26th day of June 2019.

GREENBERG TRAURIG, LLP

s/ *Naomi G. Beer*
Naomi G. Beer, #29144

(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)

**ATTORNEYS FOR DEFENDANTS**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of June, 2019, a true and accurate copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed and served with the Clerk of the Court via ICCES (Integrated Colorado Courts E-Filing System) which will send notification to the following:

Matthew C. Ferguson
Michelle K. Schindler
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Ste. 201
Aspen, CO 81611

*Via Email Only*
Tyler Meade
Annie Decker
The Meade Firm, P.C.
12 Funston Ave., Ste. A
San Francisco, CA 94129
tyler@meadefirm.com
annie@meadefirm.com

*Via Email Only*
Michael J. Reiser
Reiser Law, P.C.
1475 N. Broadway, Ste. 300
Walnut Creek, CA 94596
michael@reiserlaw.com

*s/ Cindy Knowles*
Cindy Knowles

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

4

DISTRICT COURT, PITKIN, COLORADO
506 East Main, Ste. 300, Aspen, Colorado 81611
(970) 925-7635

DATE FILED: June 26, 2019 3:57 PM
FILING ID: CAD11572FB341
CASE NUMBER: 2019CV30051

Plaintiff:

**G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,**

v.

Defendants:

**ILG, INC.**, a Delaware corporation, **CHICAGO TITLE LANDSHARE TRUST, INC.**, a Florida corporation, as Trustee for **HPC TRUST, GRAND ASPEN LODGING, LLC**, a Delaware limited liability company, **HPC DEVELOPER, LLC**, a Delaware limited liability company, **HPC OWNERS ASSOCIATION, LLC**, a Florida nonprofit, **HV GLOBAL MKTG. CORP.**, a Florida corporation, **HYATT CORP.**, a Delaware corporation, **HYATT HOTELS CORP.**, a Delaware corporation, **HV GLOBAL MGMT. CORP.**, a Delaware corporation, and **MARRIOTT VACATIONS WORLDWIDE, INC.**, a Delaware corporation.

▲ COURT USE ONLY ▲

Case Number: 2019CV30051

Division: 5

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

THIS COURT, having before it the Defendants' Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, and being fully advised as to the premises,

HEREBY GRANTS said Unopposed Motion and ORDERS that Defendants shall have up to and including August 23, 2019, within which to answer, move or otherwise respond to Plaintiff's Complaint.

DONE this _____ of _____, 2019

BY THE COURT:

_____
District Court Judge