| CONTRIBUTION DEED | THE CONSIDERATION PAID FOR |
|---|---|
| (G.A. Resort) | THIS DEED IS LESS THAN $500.00, THEREFORE, THIS DEED IS EXEMPT FROM DOCUMENTARY FEES AND TAXES IN ACCORDANCE WITH C.R.S. § 39-13-104(1)(b). |

**THIS CONTRIBUTION DEED** ("Deed") is made and executed this _28th_ day of June, 2017, by and between HPC Developer, LLC, a Delaware limited liability company, whose address is c/o HV Global Group, Inc., 9002 San Marco Ct., Orlando, County of ORANGE and State of Florida 32819 ("Grantor") to Chicago Title Timeshare Land Trust Inc., a Florida corporation, whose address is 2400 Maitland Center Parkway, Suite 110, Maitland, County of ORANGE and State of Florida 32751 ("Grantee"), as Trustee of the HPC Trust dated June 15, 2017, a Florida vacation club land trust (the "Trust") established pursuant to Section 689.071, *Florida Statutes*, qualifying as a vacation club land trust pursuant to Section 721.05(34), *Florida Statutes*, Section 721.08(2)(c)4., *Florida Statutes*, and Section 721.53(1)(e), *Florida Statutes*, pursuant to that certain HPC Trust Agreement dated June 15, 2017 (the "Trust Agreement"), a memorandum of which is recorded at Reception No. 639383 in the real estate records of the Clerk and Recorder of Pitkin County, Colorado (the "Memorandum") incorporated as part of this Deed by this reference, and with the power and authority to protect, to conserve, to sell, to lease, to encumber, or otherwise to manage and dispose of the real property described in this Deed.

**WITNESS**, that the grantor, for and in consideration of the sum of Ten and No/100 Dollars ( **$10.00** ), the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantees, their heirs and assigns forever, not in tenancy in common but in joint tenancy, all the real property situated, lying and being in the County of PITKIN and State of Colorado, described on the attached Exhibit A ("Contributed Property"), all located in G.A. Resort Condominiums, according to the Declaration of Condominium for G.A. Resort Condominiums recorded December 19, 2005 at Reception No. 518621 as amended and supplemented from time to time and according to the Condominium Map for G.A. Resort Condominiums recorded December 19, 2005 in Plat Book 76 at Page 86, under Reception No. 518620 as amended and supplemented from time to time, all in the Office of the Clerk and Recorder of Pitkin County, Colorado ("Declaration").

also known by street and number as: 415 Dean St., Aspen, CO 81611

**TO HAVE AND TO HOLD** the Contributed Property, with the appurtenances, unto the Grantee, its heirs and assigns forever except, See attached Exhibit B

**TO HAVE AND TO HOLD** legal title to the Contributed Property, with the hereditaments and appurtenances, being conveyed to Grantee which is to be held and only conveyed or encumbered pursuant to the Trust Agreement.

AND GRANTOR PROVIDES THAT:
1. This conveyance is effective to vest, and is hereby declared to have vested, in the Grantee, as Trustee of the Trust, both legal and equitable title, and full rights of ownership, over the Contributed Property or interest therein, with full power and authority as granted in this Deed and as provided in the Trust Agreement;
2. Upon this conveyance of the Contributed Property to Grantee by Grantor, the Ownership Points (as defined in the Memorandum) created by the conveyance of the Contributed Property to the Trust shall immediately and automatically vest in Grantor and be added to Grantor's Vacation Ownership Interest, as defined in the memorandum and pursuant to the Trust Agreement.
3. The number of additional Ownership Points appurtenant to Grantor's Ownership Interest created by this conveyance of the Contributed Property to the Trustee is **2,078,400**.
4. The Contributed Property is Restricted Use Property (as defined in the Memorandum).
5. Any contract, obligation, or indebtedness incurred or entered into by Grantee in connection with the Contributed Property shall be as trustee of the Trust and not individually and Trustee shall have no personal obligations whatsoever with respect to any such contract, obligation or indebtedness except only as far as the Contributed Property and funds in actual possession of Trustee shall be applicable for the payment and discharge thereof; and it shall be expressly understood that any representations, warranties, covenants, undertakings, and agreements made on the part of Trustee while in form purporting to be the representations, warranties, covenants, undertakings, and agreements of Trustee, are nevertheless made and intended not as personal representations, warranties, covenants, undertakings, and agreements by Trustee or for the purpose or with the intention of binding Trustee personally, but are made and intended for the purpose of binding only the Contributed Property; and that no personal liability or personal responsibility is assumed by nor shall at any time be asserted or enforceable against Trustee individually on account of any instrument executed by or on account of any representation, warranty, covenant, undertaking, or agreement of Trustee, either expressed or implied; all such personal liability, if any, being expressly waived, and released and all persons and corporations whomsoever and whatsoever shall be charged with notice of this condition from the date of the filing for record of this Deed.
6. If Grantee, or any successor trustee, resigns as trustee or is otherwise removed as trustee, a successor trustee shall be appointed and title to the Contributed Property shall be deemed to be held by the successor trustee and to pass to the successor trustee without the requirement of recording any further or additional documents and such appointment shall be evidenced by the recording of an amendment to the Memorandum in the real estate records of the Clerk and Recorder of Pitkin County, Colorado, of a notice of such resignation or removal and the appointment of the successor trustee.

This Deed is given and accepted in accordance with Section 689.071, *Florida Statutes*.



# SPECIAL WARRANTY DEED
## (G.A. Resort)

THIS DEED, made this 15th day of June, 2017, between

Grand Aspen Lodging, LLC, a Delaware limited liability company, whose address is 140 Fountain Parkway, Suite 570, St. Petersburg, County of PINELLAS and State of Florida 33716 ("Grantor") and HPC Developer, LLC, a Delaware limited liability company, whose legal address is c/o HV Global Group, Inc., 9002 San Marco Ct., Orlando, County of ORANGE and State of Florida 32819 ("Grantee").

WITNESS, that the grantor, for and in consideration of the sum of ( $10.00 ), the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantees, their heirs and assigns forever, not in tenancy in common but in joint tenancy, all the real property situated, lying and being in the County of PITKIN and State of Colorado, described on the attached Exhibit A, all located in G.A. Resort Condominiums, according to the Declaration of Condominium for G.A. Resort Condominiums recorded December 19, 2005 at Reception No. 518621 as amended and supplemented from time to time and according to the Condominium Map for G.A. Resort Condominiums recorded December 19, 2005 in Plat Book 76 at Page 86, under Reception No. 518620 as amended and supplemented from time to time, all in the Office of the Clerk and Recorder of Pitkin County, Colorado ("Declaration").

also known by street and number as: 415 Dean St., Aspen, CO 81611

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantee, his heirs and assigns forever except: See attached Exhibit B

The grantor, for himself, his heirs, and personal representatives or successors, do covenant, and agree that he shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee, his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, and through or under the grantor. The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the grantor has executed this deed on the date set forth above.

GRAND ASPEN LODGING, LLC
a Delaware limited liability company

By HTS-Aspen, LLC,
a Delaware limited liability company,
its sole member
By: _____
Print Name: LISA TROSSET
Title: Vice President

RETT Approved
THE CITY OF ASPEN

STATE OF FLORIDA    )
                    ) ss.
COUNTY OF MONROE    )

The foregoing instrument was acknowledged before me this 15th day June, 2017, by LISA TROSSET as Vice President of HTS-Aspen, LLC, the sole member of Grand Aspen Lodging, LLC, a Delaware limited liability company, on behalf of the company.

My commission expires:.

Mitch Hreben
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG047404
Expires 11/15/2020

Witness my hand and official seal.

_____
Notary Public

Page 1 of 3

An undivided 1/40th fee ownership biennial interest as tenant-in-common in the following Units of G.A. Resort Condominiums, according to the Declaration of Condominium for G.A. Resort Condominiums recorded December 19, 2005 at Reception No. 518621 as amended and supplemented from time to time and according to the Condominium Map for G.A. Resort Condominiums recorded December 19, 2005 in Plat Book 76 at Page 86, under Reception No. 518620 as amended and supplemented from time to time, all in the Office of the Clerk and Recorder of Pitkin County, Colorado, together with the perpetual use of the following described Fixed Week in such units and together with the use of a floating week and a floating split week in accordance with the Declaration for G.A. Resort Condominiums:

TOGETHER with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

| Unit Number | Unit Week | Sub | Check-In | Unit Type |
|---|---|---|---|---|
| 1 | 5 | E | SAT | 3BS |
| 1 | 5 | O | SAT | 3BS |
| 1 | 9 | E | SAT | 3BS |
| 1 | 9 | O | SAT | 3BS |
| 1 | 12 | E | SAT | 3BS |
| 1 | 12 | O | SAT | 3BS |
| 1 | 27 | E | SAT | 3BS |
| 1 | 27 | O | SAT | 3BS |
| 1 | 28 | E | SAT | 3BS |
| 1 | 28 | O | SAT | 3BS |
| 1 | 31 | E | SAT | 3BS |
| 1 | 31 | O | SAT | 3BS |
| 1 | 33 | E | SAT | 3BS |
| 1 | 33 | O | SAT | 3BS |
| 2 | 6 | E | SAT | 3BS |
| 2 | 6 | O | SAT | 3BS |
| 2 | 10 | E | SAT | 3BS |
| 2 | 10 | O | SAT | 3BS |
| 2 | 12 | E | SAT | 3BS |
| 2 | 12 | O | SAT | 3BS |
| 2 | 29 | E | SAT | 3BS |
| 2 | 29 | O | SAT | 3BS |
| 2 | 34 | E | SAT | 3BS |
| 2 | 34 | O | SAT | 3BS |
| 2 | 35 | E | SAT | 3BS |
| 2 | 35 | O | SAT | 3BS |
| 3 | 5 | E | SAT | 3BS |
| 3 | 5 | O | SAT | 3BS |
| 3 | 6 | E | SAT | 3BS |
| 3 | 6 | O | SAT | 3BS |
| 3 | 12 | E | SAT | 3BS |
| 3 | 12 | O | SAT | 3BS |
| 3 | 28 | E | SAT | 3BS |
| 3 | 28 | O | SAT | 3BS |

| | | | | |
|---|---|---|---|---|
| 3 | 30 | E | SAT | 3BS |
| 3 | 30 | O | SAT | 3BS |
| 3 | 32 | E | SAT | 3BS |
| 3 | 32 | O | SAT | 3BS |
| 3 | 35 | E | SAT | 3BS |
| 3 | 35 | O | SAT | 3BS |
| 4 | 34 | E | SAT | 2BL |
| 4 | 34 | O | SAT | 2BL |
| 4 | 35 | E | SAT | 2BL |
| 4 | 35 | O | SAT | 2BL |
| 5 | 8 | E | SAT | 2BL |
| 5 | 8 | O | SAT | 2BL |
| 5 | 31 | E | SAT | 2BL |
| 5 | 31 | O | SAT | 2BL |
| 5 | 32 | E | SAT | 2BL |
| 5 | 32 | O | SAT | 2BL |
| 5 | 34 | E | SAT | 2BL |
| 5 | 34 | O | SAT | 2BL |
| 5 | 35 | E | SAT | 2BL |
| 5 | 35 | O | SAT | 2BL |
| 6 | 8 | E | SAT | 3BS |
| 6 | 8 | O | SAT | 3BS |
| 6 | 30 | E | SAT | 3BS |
| 6 | 30 | O | SAT | 3BS |
| 6 | 33 | E | SAT | 3BS |
| 6 | 33 | O | SAT | 3BS |
| 8 | 6 | E | SAT | 3BS |
| 8 | 6 | O | SAT | 3BS |
| 8 | 7 | E | SAT | 3BS |
| 8 | 7 | O | SAT | 3BS |
| 8 | 8 | E | SAT | 3BS |
| 8 | 8 | O | SAT | 3BS |
| 8 | 9 | E | SAT | 3BS |
| 8 | 9 | O | SAT | 3BS |
| 8 | 27 | E | SAT | 3BS |
| 8 | 27 | O | SAT | 3BS |
| 8 | 28 | E | SAT | 3BS |
| 8 | 28 | O | SAT | 3BS |
| 8 | 29 | E | SAT | 3BS |
| 8 | 29 | O | SAT | 3BS |
| 8 | 32 | E | SAT | 3BS |
| 8 | 32 | O | SAT | 3BS |
| 8 | 33 | E | SAT | 3BS |
| 8 | 33 | O | SAT | 3BS |
| 8 | 34 | E | SAT | 3BS |
| 8 | 34 | O | SAT | 3BS |
| 8 | 35 | E | SAT | 3BS |

| | | | | |
|---|---|---|---|---|
| 8  | 35 | O | SAT | 3BS |
| 9  | 5  | E | SAT | 2BL |
| 9  | 5  | O | SAT | 2BL |
| 9  | 9  | E | SAT | 2BL |
| 9  | 9  | O | SAT | 2BL |
| 9  | 11 | E | SAT | 2BL |
| 9  | 11 | O | SAT | 2BL |
| 9  | 27 | E | SAT | 2BL |
| 9  | 27 | O | SAT | 2BL |
| 9  | 32 | E | SAT | 2BL |
| 9  | 32 | O | SAT | 2BL |
| 9  | 34 | E | SAT | 2BL |
| 9  | 34 | O | SAT | 2BL |
| 10 | 34 | E | SUN | 2BL |
| 10 | 34 | O | SUN | 2BL |
| 10 | 35 | E | SUN | 2BL |
| 10 | 35 | O | SUN | 2BL |
| 12 | 9  | E | SUN | 2BL |
| 12 | 9  | O | SUN | 2BL |
| 12 | 11 | E | SUN | 2BL |
| 12 | 11 | O | SUN | 2BL |
| 12 | 12 | E | SUN | 2BL |
| 12 | 12 | O | SUN | 2BL |
| 12 | 35 | E | SUN | 2BL |
| 12 | 35 | O | SUN | 2BL |
| 14 | 6  | E | SUN | 3BS |
| 14 | 6  | O | SUN | 3BS |
| 14 | 35 | E | SUN | 3BS |
| 14 | 35 | O | SUN | 3BS |
| 15 | 10 | E | SUN | 2BL |
| 15 | 10 | O | SUN | 2BL |
| 15 | 31 | E | SUN | 2BL |
| 15 | 31 | O | SUN | 2BL |
| 15 | 34 | E | SUN | 2BL |
| 15 | 34 | O | SUN | 2BL |
| 16 | 6  | E | SUN | 2BL |
| 16 | 6  | O | SUN | 2BL |
| 16 | 34 | E | SUN | 2BL |
| 16 | 34 | O | SUN | 2BL |
| 18 | 33 | E | SUN | 2BL |
| 18 | 33 | O | SUN | 2BL |
| 18 | 34 | E | SUN | 2BL |
| 18 | 34 | O | SUN | 2BL |
| 18 | 35 | E | SUN | 2BL |
| 18 | 35 | O | SUN | 2BL |
| 19 | 5  | E | SUN | 3BL |
| 19 | 5  | O | SUN | 3BL |

| | | | | |
|---|---|---|---|---|
| 19 | 6  | E | SUN  | 3BL |
| 19 | 6  | O | SUN  | 3BL |
| 19 | 8  | E | SUN  | 3BL |
| 19 | 8  | O | SUN  | 3BL |
| 19 | 27 | E | SUN  | 3BL |
| 19 | 27 | O | SUN  | 3BL |
| 19 | 33 | E | SUN  | 3BL |
| 19 | 33 | O | SUN  | 3BL |
| 19 | 34 | E | SUN  | 3BL |
| 19 | 34 | O | SUN  | 3BL |
| 19 | 35 | E | SUN  | 3BL |
| 19 | 35 | O | SUN  | 3BL |
| 20 | 34 | E | SUN  | 2BL |
| 20 | 34 | O | SUN  | 2BL |
| 21 | 5  | E | SUN  | 3BS |
| 21 | 5  | O | SUN  | 3BS |
| 21 | 6  | E | SUN  | 3BS |
| 21 | 6  | O | SUN  | 3BS |
| 21 | 8  | E | SUN  | 3BS |
| 21 | 8  | O | SUN  | 3BS |
| 21 | 9  | E | SUN  | 3BS |
| 21 | 9  | O | SUN  | 3BS |
| 21 | 32 | E | SUN  | 3BS |
| 21 | 32 | O | SUN  | 3BS |
| 21 | 34 | E | SUN  | 3BS |
| 21 | 34 | O | SUN  | 3BS |
| 21 | 35 | E | SUN  | 3BS |
| 21 | 35 | O | SUN  | 3BS |
| 22 | 34 | E | SUN  | 3BS |
| 22 | 34 | O | SUN  | 3BS |
| 22 | 35 | E | SUN  | 3BS |
| 22 | 35 | O | SUN  | 3BS |
| 24 | 32 | E | SUN  | 3BS |
| 24 | 32 | O | SUN  | 3BS |
| 24 | 34 | E | SUN  | 3BS |
| 24 | 34 | O | SUN  | 3BS |
| 25 | 8  | E | SUN  | 2BL |
| 25 | 8  | O | SUN  | 2BL |
| 25 | 32 | E | SUN  | 2BL |
| 25 | 32 | O | SUN  | 2BL |
| 25 | 35 | E | SUN  | 2BL |
| 25 | 35 | O | SUN  | 2BL |
| 26 | 34 | E | SAT  | 2BL |
| 26 | 34 | O | SAT  | 2BL |
| 26 | 35 | E | SAT  | 2BL |
| 26 | 35 | O | SAT  | 2BL |
| 27 | 6  | E | SAT  | 3BS |

| | | | | |
|---|---|---|---|---|
| 27 | 6  | O | SAT | 3BS |
| 28 | 5  | E | SAT | 3BS |
| 28 | 5  | O | SAT | 3BS |
| 28 | 6  | E | SAT | 3BS |
| 28 | 6  | O | SAT | 3BS |
| 30 | 6  | E | SAT | 3BS |
| 30 | 6  | O | SAT | 3BS |
| 30 | 28 | E | SAT | 3BS |
| 30 | 28 | O | SAT | 3BS |
| 30 | 34 | E | SAT | 3BS |
| 30 | 34 | O | SAT | 3BS |
| 31 | 5  | E | SAT | 3BS |
| 31 | 5  | O | SAT | 3BS |
| 31 | 9  | E | SAT | 3BS |
| 31 | 9  | O | SAT | 3BS |
| 32 | 11 | E | SAT | 2BL |
| 32 | 11 | O | SAT | 2BL |
| 32 | 32 | E | SAT | 2BL |
| 32 | 32 | O | SAT | 2BL |
| 32 | 34 | E | SAT | 2BL |
| 32 | 34 | O | SAT | 2BL |
| 32 | 35 | E | SAT | 2BL |
| 32 | 35 | O | SAT | 2BL |
| 33 | 8  | E | SAT | 3BL |
| 33 | 8  | O | SAT | 3BL |
| 33 | 9  | E | SAT | 3BL |
| 33 | 9  | O | SAT | 3BL |
| 33 | 33 | E | SAT | 3BL |
| 33 | 33 | O | SAT | 3BL |
| 35 | 32 | E | SAT | 3BS |
| 35 | 32 | O | SAT | 3BS |
| 35 | 33 | E | SAT | 3BS |
| 35 | 33 | O | SAT | 3BS |
| 35 | 34 | E | SAT | 3BS |
| 35 | 34 | O | SAT | 3BS |
| 36 | 8  | E | SAT | 3BS |
| 36 | 8  | O | SAT | 3BS |
| 36 | 27 | E | SAT | 3BS |
| 36 | 27 | O | SAT | 3BS |
| 36 | 28 | E | SAT | 3BS |
| 36 | 28 | O | SAT | 3BS |
| 36 | 32 | E | SAT | 3BS |
| 36 | 32 | O | SAT | 3BS |
| 36 | 34 | E | SAT | 3BS |
| 36 | 34 | O | SAT | 3BS |
| 36 | 35 | E | SAT | 3BS |
| 36 | 35 | O | SAT | 3BS |

| | | | | |
|---|---|---|---|---|
| 37 | 5 | E | SAT | 2BL |
| 37 | 5 | O | SAT | 2BL |
| 37 | 27 | E | SAT | 2BL |
| 37 | 27 | O | SAT | 2BL |
| 37 | 32 | E | SAT | 2BL |
| 37 | 32 | O | SAT | 2BL |
| 37 | 34 | E | SAT | 2BL |
| 37 | 34 | O | SAT | 2BL |
| 38 | 5 | E | SAT | 3BS |
| 38 | 5 | O | SAT | 3BS |
| 38 | 6 | E | SAT | 3BS |
| 38 | 6 | O | SAT | 3BS |
| 38 | 12 | E | SAT | 3BS |
| 38 | 12 | O | SAT | 3BS |
| 38 | 29 | E | SAT | 3BS |
| 38 | 29 | O | SAT | 3BS |
| 38 | 32 | E | SAT | 3BS |
| 38 | 32 | O | SAT | 3BS |
| 38 | 34 | E | SAT | 3BS |
| 38 | 34 | O | SAT | 3BS |
| 38 | 35 | E | SAT | 3BS |
| 38 | 35 | O | SAT | 3BS |
| 39 | 5 | E | SAT | 2BL |
| 39 | 5 | O | SAT | 2BL |
| 39 | 6 | E | SAT | 2BL |
| 39 | 6 | O | SAT | 2BL |
| 39 | 12 | E | SAT | 2BL |
| 39 | 12 | O | SAT | 2BL |
| 39 | 27 | E | SAT | 2BL |
| 39 | 27 | O | SAT | 2BL |
| 39 | 30 | E | SAT | 2BL |
| 39 | 30 | O | SAT | 2BL |
| 39 | 31 | E | SAT | 2BL |
| 39 | 31 | O | SAT | 2BL |
| 39 | 32 | E | SAT | 2BL |
| 39 | 32 | O | SAT | 2BL |
| 40 | 27 | E | SAT | 3BS |
| 40 | 27 | O | SAT | 3BS |
| 40 | 29 | E | SAT | 3BS |
| 40 | 29 | O | SAT | 3BS |
| 40 | 32 | E | SAT | 3BS |
| 40 | 32 | O | SAT | 3BS |
| 40 | 34 | E | SAT | 3BS |
| 40 | 34 | O | SAT | 3BS |
| 40 | 35 | E | SAT | 3BS |
| 40 | 35 | O | SAT | 3BS |
| 42 | 9 | E | SAT | 4BL |

| | | | | |
|---|---|---|---|---|
| 42 | 9 | O | SAT | 4BL |
| 42 | 32 | E | SAT | 4BL |
| 42 | 32 | O | SAT | 4BL |
| 43 | 5 | E | SAT | 3BS |
| 43 | 5 | O | SAT | 3BS |
| 43 | 6 | E | SAT | 3BS |
| 43 | 6 | O | SAT | 3BS |
| 43 | 8 | E | SAT | 3BS |
| 43 | 8 | O | SAT | 3BS |
| 43 | 9 | E | SAT | 3BS |
| 43 | 9 | O | SAT | 3BS |
| 43 | 27 | E | SAT | 3BS |
| 43 | 27 | O | SAT | 3BS |
| 43 | 28 | E | SAT | 3BS |
| 43 | 28 | O | SAT | 3BS |
| 43 | 29 | E | SAT | 3BS |
| 43 | 29 | O | SAT | 3BS |
| 43 | 30 | E | SAT | 3BS |
| 43 | 30 | O | SAT | 3BS |
| 43 | 31 | E | SAT | 3BS |
| 43 | 31 | O | SAT | 3BS |
| 43 | 32 | E | SAT | 3BS |
| 43 | 32 | O | SAT | 3BS |
| 43 | 33 | E | SAT | 3BS |
| 43 | 33 | O | SAT | 3BS |
| 43 | 34 | E | SAT | 3BS |
| 43 | 34 | O | SAT | 3BS |
| 43 | 35 | E | SAT | 3BS |
| 43 | 35 | O | SAT | 3BS |
| 46 | 28 | E | SUN | 3BS |
| 46 | 28 | O | SUN | 3BS |
| 46 | 30 | E | SUN | 3BS |
| 46 | 30 | O | SUN | 3BS |
| 46 | 33 | E | SUN | 3BS |
| 46 | 33 | O | SUN | 3BS |
| 46 | 35 | E | SUN | 3BS |
| 46 | 35 | O | SUN | 3BS |
| 48 | 5 | E | SUN | 3BS |
| 48 | 5 | O | SUN | 3BS |
| 48 | 6 | E | SUN | 3BS |
| 48 | 6 | O | SUN | 3BS |
| 48 | 9 | E | SUN | 3BS |
| 48 | 9 | O | SUN | 3BS |
| 48 | 10 | E | SUN | 3BS |
| 48 | 10 | O | SUN | 3BS |
| 48 | 28 | E | SUN | 3BS |
| 48 | 28 | O | SUN | 3BS |

Case 1:19-cv-01870-RM-GPG   Document 34-8   Filed 08/23/19   USDC Colorado   Page 9 of 14

| | | | | |
|---|---|---|---|---|
| 48 | 29 | E | SUN | 3BS |
| 48 | 29 | O | SUN | 3BS |
| 48 | 30 | E | SUN | 3BS |
| 48 | 30 | O | SUN | 3BS |
| 48 | 32 | E | SUN | 3BS |
| 48 | 32 | O | SUN | 3BS |
| 48 | 33 | E | SUN | 3BS |
| 48 | 33 | O | SUN | 3BS |
| 48 | 34 | E | SUN | 3BS |
| 48 | 34 | O | SUN | 3BS |
| 48 | 35 | E | SUN | 3BS |
| 48 | 35 | O | SUN | 3BS |
| 49 | 8 | E | SUN | 2BL |
| 49 | 8 | O | SUN | 2BL |
| 49 | 32 | E | SUN | 2BL |
| 49 | 32 | O | SUN | 2BL |
| 50 | 32 | E | SUN | 2BL |
| 50 | 32 | O | SUN | 2BL |
| 51 | 5 | E | SUN | 3BL |
| 51 | 5 | O | SUN | 3BL |
| 51 | 6 | E | SUN | 3BL |
| 51 | 6 | O | SUN | 3BL |
| 51 | 9 | E | SUN | 3BL |
| 51 | 9 | O | SUN | 3BL |
| 51 | 32 | E | SUN | 3BL |
| 51 | 32 | O | SUN | 3BL |
| 52 | 8 | E | SUN | 3BS |
| 52 | 8 | O | SUN | 3BS |
| 52 | 9 | E | SUN | 3BS |
| 52 | 9 | O | SUN | 3BS |
| 52 | 27 | E | SUN | 3BS |
| 52 | 27 | O | SUN | 3BS |
| 52 | 28 | E | SUN | 3BS |
| 52 | 28 | O | SUN | 3BS |
| 52 | 29 | E | SUN | 3BS |
| 52 | 29 | O | SUN | 3BS |
| 52 | 31 | E | SUN | 3BS |
| 52 | 31 | O | SUN | 3BS |
| 52 | 32 | E | SUN | 3BS |
| 52 | 32 | O | SUN | 3BS |
| 52 | 33 | E | SUN | 3BS |
| 52 | 33 | O | SUN | 3BS |
| 52 | 34 | E | SUN | 3BS |
| 52 | 34 | O | SUN | 3BS |
| 23A | 6 | E | SUN | 0BD |
| 23A | 6 | O | SUN | 0BD |
| 23A | 12 | E | SUN | 0BD |

| | | | | |
|---|---|---|---|---|
| 23A | 12 | O | SUN | OBD |
| 23A | 26 | E | SUN | OBD |
| 23A | 26 | O | SUN | OBD |
| 23A | 28 | E | SUN | OBD |
| 23A | 28 | O | SUN | OBD |
| 23A | 30 | E | SUN | OBD |
| 23A | 30 | O | SUN | OBD |
| 23A | 31 | E | SUN | OBD |
| 23A | 31 | O | SUN | OBD |
| 23A | 32 | E | SUN | OBD |
| 23A | 32 | O | SUN | OBD |
| 23A | 33 | E | SUN | OBD |
| 23A | 33 | O | SUN | OBD |
| 23A | 34 | E | SUN | OBD |
| 23A | 34 | O | SUN | OBD |
| 23A | 35 | E | SUN | OBD |
| 23A | 35 | O | SUN | OBD |
| 23B | 6 | E | SUN | 1BD |
| 23B | 6 | O | SUN | 1BD |
| 23B | 10 | E | SUN | 1BD |
| 23B | 10 | O | SUN | 1BD |
| 23B | 12 | E | SUN | 1BD |
| 23B | 12 | O | SUN | 1BD |
| 44A | 5 | E | SAT | OBD |
| 44A | 5 | O | SAT | OBD |
| 44A | 11 | E | SAT | OBD |
| 44A | 11 | O | SAT | OBD |
| 44A | 27 | E | SAT | OBD |
| 44A | 27 | O | SAT | OBD |
| 44A | 29 | E | SAT | OBD |
| 44A | 29 | O | SAT | OBD |
| 44A | 30 | E | SAT | OBD |
| 44A | 30 | O | SAT | OBD |
| 44A | 34 | E | SAT | OBD |
| 44A | 34 | O | SAT | OBD |
| 44B | 9 | E | SAT | 1BD |
| 44B | 9 | O | SAT | 1BD |
| 44B | 10 | E | SAT | 1BD |
| 44B | 10 | O | SAT | 1BD |
| 44B | 11 | E | SAT | 1BD |
| 44B | 11 | O | SAT | 1BD |
| 44B | 12 | E | SAT | 1BD |
| 44B | 12 | O | SAT | 1BD |
| 44B | 31 | E | SAT | 1BD |
| 44B | 31 | O | SAT | 1BD |
| 44C | 12 | E | SAT | OBD |
| 44C | 12 | O | SAT | OBD |

| | | | | |
|---|---|---|---|---|
| 44C | 32 | E | SAT | OBD |
| 44C | 32 | O | SAT | OBD |
| 44C | 35 | E | SAT | OBD |
| 44C | 35 | O | SAT | OBD |

**Exhibit B**
**"Permitted Exceptions"**

1. Right of Proprietor of a vein or lode to extract and remove his Ore therefrom should the same be found to penetrate or intersect the premises as reserved in the United States Patent Recorded April 4, 1884, in Book 11 at Page 65, recorded May 20, 1949 in Book 175 at Page 202;

2. Right of way for ditches or canals constructed by the authority of the United States as reserved in United States Patent recorded May 20, 1949 in Book 175 at Page 202.

3. All ores, mineral and mineral bearing rock as conveyed in Deeds recorded December 30, 1892 in Book 106 at Page 482, any and all assignments thereof or interests therein.

4. Terms, conditions and provisions of Assignment and Assumption of Covenant and Agreement regarding compliance with PUD/Subdivision Agreement recorded January 12, 2001 at Reception No. 450480.

5. Terms, conditions and provisions of Dean Street Pedestrian Easement recorded April 4, 2003 at Reception No. 480991.

6. All ores, minerals and mineral bearing rock as conveyed in the Deed recorded June 2, 1891 in Book 93 at Page 130, and any and all assignments thereof or interests therein.

7. All mineral and mineral rights as reserved by James Beglsy in the Deed recorded August 9, 1939 in Book 157 at Page 599, any and all assignments thereof or interests therein.

8. Terms, conditions, provisions, obligations, restrictions and other matters as set forth in the Planned Unit Development/Subdivision Agreement recorded April 4, 2003 at Reception No. 480989.

9. Easements, right of way and other matters as set forth on the Plat of the subject property recorded April 4, 2003 in Plat Book 64 at Page 92 at Reception No. 480988.

10. Terms, conditions and provisions of Consent to Modification of Open Space Easement and Waiver, Release and Relinquishment of Rights recorded February 8, 2002 at Reception No. 463753.

11. Terms, conditions and provisions of ordinance #52 (Series 2001) approving the Final Planned Unit Development recorded February 27, 2002 at Reception No. 464426.

12. Terms, conditions nd provisions of Alpine Trail Easement recorded April 4, 2003 at Reception No.480990.

13. Terms, conditions and provisions of Pedestrian Easements recorded April 4, 2003 at Reception No. 480992.

14. Terms, conditions and provisions of Excavation and Shoring Easement Agreement recorded May 19, 2003 at Reception No. 482897.

15. Reservations and exceptions as set forth in the Deed from the City of Aspen recorded November 22, 1888 in Book 59 at Page 507, providing as follows: that no title hereby acquired to any mine of gold, silver, cinnabar or copper or to any valid mining claim or possession held under existing laws.

16. Terms, conditions and provisions of Declaration of Restrictive Covenant recorded June 28, 1990 in Book 624 at Page 51.

17. Terms, conditions, provisions, restrictions and other matters as set forth in Planned Unit Development/Subdivision agreement recorded October 3, 1988 in Book 574 at Page 792.

18. Terms, conditions and provisions of Covenant and Agreement Regarding Compliance with PUD/Subdivision Agreement recorded January 15, 1988 at Reception No. 412581.

19. Easements, rights of way and other matters as set forth in the Plat recorded February 9, 1993 in Plat Book 30 at Page 69.

20. Terms, conditions and provisions of the Underground Right of Way Easement granted to Holly Cross Energy recorded August 11, 2004 at Reception No.500700.

21. Terms, conditions and provisions of Contract for Electrical Service recorded August 11, 2004 at Reception No. 500701.

**Exhibit B**
**"Permitted Exceptions"**
(cont.)

22. Terms, conditions and provisions of the Trench, Conduit and Vault Agreement recorded August 11, 2004 at Reception No. 500702.

23. Terms, conditions and provisions of Ordinance #9 (Series 2004) granting and Amendment to the PUD/Subdivision for Aspen Mountain Subdivision recorded July 2, 2004 at Reception No. 499324.

24. Terms, conditions and provisions of Resolution #1 Granting a Variance recorded February 25, 2005 at Reception No. 507361.

25. Terms, conditions and provisions of Memorandum recorded November 12, 2004 at Reception No. 504098.

26. Condominium Declarations, which do not contain a forfeiture or reverter clause, but omitting any covenants or restrictions, if any, based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that sais covenant or restriction is permitted by applicable law, as contained in the instrument recorded December 19, 2005, at Reception No. 518621.

27. Easements, rights of way and all other matters as shown on the Condominium Map recorded December 19, 2005 in Plat Book 76 at Page 86 at Reception No. 518620.

28. Terms, conditions and provisions of Covenants contained in the Deed recorded December 19, 2005 at Reception No. 518622.

29. Terms, conditions and provisions of the Occupancy Deed Restrictions and Agreement for an Employee Dwelling Unit Approved Pursuant to Ordinance No. 52, Series 2001 recorded December 19, 2005 at Reception No. 518508.

30. Terms, conditions and provisions of the Notice of Approval recorded January 29, 2007 at Reception No. 533888.

31. Terms, conditions and provisions of the Notice of Approval recorded September 4, 2007 at Reception No. 541645.

32. Terms, conditions and provisions of the Amendment to the Condominium Declaration recorded November 28, 2007 at Reception No. 544435.

33. Easements, right of way and other matters as set forth on the Plat of the subject property recorded November 28, 2007 at Reception No. 544434.