IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01870-RM-GPG

**G.A. RESORT CONDOMINIUM ASSOCIATION, INC.**, a Colorado Nonprofit Corporation,

*Plaintiff,*

v.

**ILG, LLC**, a Delaware limited liability company, **CHICAGO TITLE TIMESHARE TRUST, INC.**, a Florida corporation, as Trustee for HPC TRUST, **GRAND ASPEN LODGING, LLC**, a Delaware limited liability company, **HPC DEVELOPER, LLC**, a Delaware limited liability company, **HPC OWNERS' ASSOCIATION, INC.**, a Florida non-profit, **HV GLOBAL GROUP, INC.**, a Delaware corporation, **HV GLOBAL MANAGEMENT CORPORATION**, a Florida corporation, **HV GLOBAL MARKETING CORPORATION**, a Florida corporation, **HYATT HOTELS CORPORATION**, a Delaware corporation, and **MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation,

*Defendants.*

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**

Under 28 U.S.C. § 636(c) and

(1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

1

**CHECK ONE**

____[   ]____  all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

____[ X ]____  at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Dated:  September 9, 2019                                    Respectfully submitted,

By: *s/ Matthew C. Ferguson*                                 By:  *s/ Naomi G. Beer*
Matthew C. Ferguson, #25687                                       Naomi G. Beer
THE MATTHEW C. FERGUSON                                      GREENBERG TRAURIG, LLP
LAW FIRM, P.C.                                               1200 Seventeenth Street, Suite 2400
119 South Spring, Suite 201                                  Denver, Colorado 80202
Aspen, Colorado 81611                                        Tel:   303.572.6500
Tel: (970) 925-6288                                          Fax:  303.572.6540
Fax: (970) 925-2273                                          Email:  BeerN@gtlaw.com
Email: Matt@mathewfergusonlaw.com

          -and-                                                        -and-

Michael J. Reiser, #16161                                    Philip R. Sellinger
REISER LAW, P.C.                                             Roger B, Kaplan
1475 N. Broadway, #300                                       Ian S. Marx
Walnut Creek, CA 94596                                       GREENBERG TRAURIG, LLP
Tel: (925) 256-0400                                          500 Campus Drive, Suite 400
Fax: (925) 476-0304                                          Florham Park, NJ 07931-0677
Email: Michael@reiserlaw.com                                 Tel:  973.360.7900
                                                             Fax:  973-301.8410
          -and-                                              Email:   SellingerP@gtlaw.com
                                                                      KaplanR@gtlaw.com
Tyler Meade                                                           MarxI@gtlaw.com
Anne Decker
THE MEADE FIRM p.c.                                          *Attorneys for Defendants*
12 Funston Ave., Suite A
San Francisco, CA 94129
Tel: (415) 724-9600
Fax: (415) 510-2544
Email: tyler@meadefirm.com
          annie@meadefirm.com

*Attorneys for the Plaintiff*