IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-01870-RM-GPG

---

**G.A. RESORT CONDOMINIUM ASSOCIATION, INC.**, a Colorado Nonprofit Corporation,

*Plaintiff,*

v.

**ILG, LLC**, a Delaware limited liability company, **CHICAGO TITLE TIMESHARE TRUST, INC.**, a Florida corporation, as Trustee for HPC TRUST, **GRAND ASPEN LODGING, LLC**, a Delaware limited liability company, **HPC DEVELOPER, LLC**, a Delaware limited liability company, **HPC OWNERS' ASSOCIATION, INC.**, a Florida non-profit, **HV GLOBAL GROUP, INC.,** a Delaware corporation, **HV GLOBAL MANAGEMENT CORPORATION**, a Florida corporation, **HV GLOBAL MARKETING CORPORATION**, a Florida corporation, **HYATT HOTELS CORPORATION**, a Delaware corporation, and **MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation,

*Defendants.*

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

Defendants ILG, LLC, Chicago Title Timeshare Trust, Inc., Grand Aspen Lodging, LLC, HPC Developer, LLC, HPC Owners' Association, Inc.; HV Global Group, Inc., HV Global Marketing Corporation, HV Global Management Corporations, Hyatt Hotels Corporation and Marriott Vacations Worldwide Corporation (collectively, "Defendants") by and through their undersigned counsel, file this Unopposed Motion for Extension of Time for Defendants to Answer,

Move or Otherwise Respond to the First Amended Complaint ("FAC") in this matter up to and including October 23, 2019.  As grounds therefore, Defendants state as follows:

### Certificate Under D.C.COLO.LCivR 7.1(A)

1. Counsel for Defendants have conferred with counsel for Plaintiff G.A. Resort Condominium Association, Inc. (the "Association") who do not object to this extension of time and do not oppose this Motion.

### Certificate Under D.C.COLO.LCivR 6.1

2. A copy of this Motion has been provided to all counsel of record.

### Procedural History and Factual Basis

3. The Association filed the Complaint in the action in the Colorado District Court for Pitkin County, Colorado, on May 29, 2019, and all of the Defendants (with the exception of HPC Owners Ass'n) were first served with the Summons and Complaint on June 5, 2019.  HPC Owners Ass'n was served on June 10, 2019.

4. Defendants timely removed this case from the District Court for Pitkin County, Colorado, to this Court on June 27, 2019. ECF #1.

5. The deadline to respond to the Complaint after removal was July 5, 2019.  The Association consented to an extension, and Defendants filed an Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint to August 23, 2019.  ECF #9 ("First Unopposed Motion"), which was granted by Magistrate Judge Gallagher on August 9, 2019, setting August 23, 2019 as the new deadline.  ECF #33.

6. Pursuant to Rule IV(N)(2)(a) of this Court's Practice Standards (Civil), on July 31, 2019, the parties' counsel met and conferred with respect to the basis of Defendants' anticipated motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (6).  Following that

conference, on August 7, 2019, counsel for the Association advised Defendants' counsel that the Association intended to amend the Complaint and the parties' counsel agreed that the Association would do so by August 23, 2019, and that Defendants would respond to the amended complaint 30 days after the filing of an amended complaint.

7.      Accordingly, based on counsel's meet and confer and agreement, on August 7, 2019, Defendants then filed an Unopposed Motion for an Extension of which permitted the Association to file an amended complaint on or before August 23, 2019, and for Defendants to answer, move or otherwise respond to the amended complaint thirty (30) days later.  ECF #31.

8.      On August 9, 2019, Magistrate Judge Gallagher granted this unopposed motion, setting August 23, 2019, as the deadline for the Association to file an amended complaint and ordering Defendants to file a responsive pleading 30 days thereafter (i.e., by September 23, 2019). ECF #33.

9.      On August 23, 2019, the Association filed the FAC.  ECF #34.

10.     In response to the FAC, Defendants prepared a Motion to Compel Arbitration and for a Stay In Lieu of an Answer, to be filed on September 23, 2019 ("Motion to Compel Arbitration and to Stay").

11.     As required by the Court's rules, before filing their Motion to Compel Arbitration and to Stay, Defendant's counsel conducted several meet and confer telephone conferences on September 5, 10 and 11, 2019, to discuss resolving Defendants proposed Motion Compel Arbitration and to Stay.

12.     Through this meet and confer process, the parties' counsel negotiated a resolution to Defendants' anticipated Motion to Compel Arbitration and a Stay through a stipulation in which Defendants waived their right to seek arbitration in response to certain stipulations by the Association, which was negotiated during the week of September 16-20, 2019, and was finalized

on September 20, 2019. However, now that their anticipated Motion to Compel Arbitration is now moot by the Stipulation, Defendants require additional time to prepare a new responsive pleading to the FAC, and as part of the negotiations for the Stipulation that just concluded, the Association's counsel consented to an additional 30 days for Defendants to answer, move or otherwise respond to the FAC.

13. Thus, Defendants request an extension up to and including October 23, 2019, for the filing of their response to the FAC.

14. Pursuant to L. Civ. R. 6.1(a), if a request for an extension of time is more than 21 days from the initial deadline (as it is here), the request must be approved by Court order on motion.

15. No other deadlines will be impacted by this request, which is made in the interests of justice and not for purposes of delay. In particular, this case is in an early stage of litigation and the parties have agreed to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A), to submit a Joint Scheduling Order to the Court, and to participate in a conference with the Court pursuant to Fed. R. Civ. P. 16(b), regardless of the nature of Defendants' response to the FAC pursuant to the schedule set in the Court's July 1, 2019 Order (ECF #11).

16. As a result, Association will not be prejudiced by this extension of time and has consented to the requested extension.

17. Defendants have not previously sought or obtained an extension of the September 23, 2019 deadline set by the Court for Defendants to respond to the FAC.

18. Defendants respectfully request this 30-day extension to have adequate time to analyze the factual allegations and claims in the FAC, and to prepare a responsive pleading in lieu of their anticipated Motion to Compel. This additional time period will also allow the parties sufficient time to conduct a productive meet and confer dialogue to the extent that Defendants determine that a Rule 12 motion is appropriate with respect to the FAC.

WHEREFORE, Defendants respectfully request that this Court set October 23, 2019 as the deadline for them to answer, move, or otherwise respond to the FAC.

Dated: September 20, 2019

                                                Respectfully submitted,

                                                GREENBERG TRAURIG, LLP

                                                /s/ *Naomi G. Beer*
                                                Naomi G. Beer,
                                                1200 Seventeenth Street, Suite 2400
                                                Denver, Colorado 80202
                                                Tel: 303.572.6500
                                                Fax:  303.572.6540
                                                BeerN@gtlaw.com

                                                            -and-

                                                Philip R. Sellinger
                                                Roger B. Kaplan
                                                Ian S. Marx
                                                GREENBERG TRAURIG, LLP
                                                500 Campus Drive, Suite 400
                                                Florham Park, NJ 07931-0677
                                                Tel: 973.360.7900
                                                Fax: 973-301.8410
                                                SellingerP@gtlaw.com
                                                KaplanR@gtlaw.com
                                                MarxI@gtlaw.com

                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of September, 2019, a true and accurate copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** was filed and served with the Clerk of the Court via CM/ECF, which will send notification to all parties of record.

*s/ Cindy Knowles*
Cindy Knowles