IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-01870


G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a
Colorado Nonprofit Corporation,

     Plaintiff,

v.

ILG, LLC, a Delaware limited liability company, *et al.*,

     Defendants.

---

## UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT

---

Defendants ILG, Inc., Chicago Title Timeshare Land Trust, LLC, Grand Aspen Lodging, LLC, HPC Developer, LLC, HPC Owners' Association, Inc., HV Global Group, Inc., HV Global Management Corporation, and Marriott Vacations Worldwide Corporation (collectively, "Defendants") file this Unopposed Motion for a five day Further Extension of Time for All Defendants to Answer, Move or Otherwise Respond to the Complaint, from October 23, 2019, to October 28, 2019.  As supporting grounds, Defendants state as follows:

## CERTIFICATE PURSUANT TO L. CIV. R. 7.1(a)

1.      Defendants' counsel have conferred with counsel for Plaintiff G.A. Resort Condominium Association, Inc. (the "Association"), who advise that they do not object to this further extension of time and do not oppose this Motion, provided that "the Court does not have an issue with Defendants' third request for extension" in light of the procedural history more fully described below.

## PROCEDURAL HISTORY AND FACTUAL BASIS

2.      The Association originally filed its Complaint in the Colorado District Court for Pitkin County, Colorado, on May 29, 2019.   Defendants timely removed this case from the District Court for Pitkin County, Colorado, to this Court on June 27, 2019.  ECF #1.

3.      Before removal, under the State Court rules, Defendants' deadline to answer, move or otherwise respond to the Complaint was 35 days after service of the Summons and Complaint out of state on each Defendant out of state.   The original deadline by which Defendants were to respond to the Complaint was July 5, 2019.  By Order dated July 2, 2019 (ECF #13), this Court granted Defendants' unopposed motion to extend the time to answer, move or otherwise respond to the initial Complaint to August 23, 2019.

4.      Pursuant to Rule IV(N)(2)(a) of this Court's Practice Standards (Civil), on July 31, 2019, the parties met and conferred with respect to the grounds for Defendants' proposed motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (6).  Following consideration of certain of those grounds, counsel for the Association advised Defendants' counsel on August 7, 2019, that the Association intended to amend the Complaint in an effort to overcome certain of the objections raised by Defendants.

2

*ACTIVE 46730089v1*

5.      Accordingly, on August 7, 2019, Defendants filed an unopposed motion adjourning their time to answer, move or otherwise respond to the Complaint to 30 days after the filing of a First Amended Complaint (ECF #31).  The Court granted that motion in an August 9, 2019 Order (ECF #33).  The Association filed the First Amended Complaint (the "FAC") on August 23, 2019 (ECF #34).

6.      In response to the FAC, Defendants had originally prepared a Motion to Compel Arbitration and Stay in Lieu of an Answer, to be filed on September 23, 2019 (the "Arbitration Motion").  As required by the above Practice Standard and Rule, Defendants' counsel met and conferred with the Association's counsel before filing the Arbitration Motion to discuss its potential resolution.  Through the meet and confer process, the parties' counsel negotiated a stipulation from September 16 through 20, 2019, pursuant to which Defendants waived their right to seek arbitration in exchange for certain stipulations by the Association.  To ensure that they then had sufficient time to prepare a new responsive pleading to the FAC, on September 20, 2019, Defendants filed an unopposed motion for an additional 30 days to answer, move or otherwise respond to the FAC (ECF #37).  The Court granted that motion in a September 20, 2019 Order (ECF #39).

7.      Given the foregoing, the total extensions and time previously granted to Defendants have been: (i) an additional 45 days to respond to the initial Complaint; and (ii) a total of 60 days to respond to the FAC, from August 23, 2019 (when the FAC was filed) to October 23, 2019.

8.      In preparing a motion to dismiss the FAC pursuant to Fed. R. Civ. P. 12(b)(2) and (6), Defendants encountered certain unexpected scheduling and other delays necessitating this request for an additional five days to prepare, compile and file the necessary motion papers.

*ACTIVE 46730089v1*

9.      In light of the above, Defendants respectfully request that, to have adequate time to complete their motion to dismiss the FAC, Defendants' time within which to answer, move or otherwise file a responsive pleading to the FAC be extended from October 23, 2019 to October 28, 2019.

10.     Pursuant to Local Civil Rule 6.1(a), if a request for an extension of time is more than 21 days from the initial deadline (as it is here), the request must be approved by Court order on motion.

11.     No other deadlines will be impacted by this request.

12.     This request for extension is in the interests of justice and not made for purposes of delay.

13.     The Association will not be prejudiced by this extension of time and has consented to it, subject to the statement made in paragraph 1 above.

WHEREFORE, Defendants respectfully request that this Court adjourn the deadline for all Defendants to answer, move or otherwise respond to the amended Complaint from October 23, 2019, to October 28, 2019.

Dated:  October 22, 2019                    Respectfully submitted,

By: s/ Naomi G. Beer
    Naomi G. Beer, Esq.
GREENBERG TRAURIG, LLP
1144 Fifteenth Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
E-mail: beern@gtlaw.com
    -and-
By: s/ Roger B. Kaplan
    Roger B. Kaplan, Esq.
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400

4

Florham Park, NJ 07931-0677
Tel:     973.360.7900
Fax:     973-301.8410
Email:  KaplanR@gtlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2019, a true and accurate copy of the foregoing **UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** was filed and served with the Clerk of the Court via ECF, which will send notification to the following:

Matthew C. Ferguson
Michelle K. Schindler
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Ste. 201
Aspen, CO 81611

*Via Email Only*
Tyler Meade
Annie Decker
The Meade Firm, P.C.
12 Funston Ave., Ste. A
San Francisco, CA 94129
tyler@meadefirm.com
annie@meadefirm.com

*Via Email Only*
Michael J. Reiser
Reiser Law, P.C.
1475 N. Broadway, Ste. 300
Walnut Creek, CA 94596
michael@reiserlaw.com


*s/ Gregory Scavelli*
Gregory Scavelli
*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-01870

G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a
Colorado Nonprofit Corporation,

     Plaintiff,

v.

ILG, INC., a Delaware corporation, *et al.*,

     Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR FURTHER
EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER,
MOVE OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

---

     This Court, having considered Defendants' Unopposed Motion for Further Extension of Time for All Defendants to Answer, Move or Otherwise Respond to the First Amended Complaint (the "Motion"), and being duly advised in the premises of the Motion, finds that the Motion is meritorious and should be GRANTED.

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deadline for Defendants to answer, move or otherwise respond to the First Amended Complaint is adjourned from October 23, 2019 to October 28, 2019.

     Dated this _____ day of October 2019.


_____
United States Magistrate Judge

1