**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 19-cv-01870-RM-GPG

G.A. RESORT CONDOMINIUM ASSOCIATION, INC.,

    Plaintiffs,

v.

ILG, LLC, et al.,

    Defendants.

___

**ORDER RE: STIPULATION WITHDRAWING JURY DEMAND**
___

THE COURT, having reviewed the parties' Stipulation Withdrawing Jury Demand (ECF No. 48), and having been advised of the premises averred therein, does hereby Order that Plaintiff's jury demand is withdrawn and trial in this action will proceed without a jury.

DATED this 25th day of October, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge