# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Gordon P. Gallagher, United States Magistrate Judge

Civil Case No. 19-cv-01870-RM-GPG

**G.A. RESORT CONDOMINIUM ASSOCIATION, INC.**, a Colorado Nonprofit Corporation,

    Plaintiff,

v.

**ILG, LLC,** a Delaware limited liability company,
**CHICAGO TITLE TIMESHARE LAND TRUST, INC.**, a Florida corporation, as Trustee for HPC TRUST,
**GRAND ASPEN LODGING, LLC**, a Delaware limited liability company,
**HPC DEVELOPER, LLC**, a Delaware limited liability company,
**HPC OWNERS' ASSOCIATION, INC.**, a Florida non-profit,
**HV GLOBAL GROUP, INC.**, a Delaware corporation,
**HV GLOBAL MANAGEMENT CORPORATION**, a Florida corporation, and
**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation,

    Defendants.

---

**ORDER**

---

This Court, in its December 19, 2019, Scheduling Order, took under advisement the issue of the strength of the certification regarding document production (i.e., absolute or substantial completion) and whether the parties would need to submit certification indicating such completion. After careful consideration and review of the caselaw, this Court ORDERS that the parties do not need to submit certification indicating absolute completion of document production.

Pursuant to Federal Rule of Civil Procedure 26(g)(1), every discovery response or objection must be signed by at least one attorney of record in the attorney's own name. FED. R. CIV. P. 26(g)(1). This signature certifies compliance with the federal rules and the parties' discovery obligations. The Advisory Committee Notes of Rule 26(g) state that the rule "imposes an affirmative duty to engage in pretrial discovery in a responsible manner that is consistent with the spirit and purposes of Rules 26 through 37," and that the signature "certifies that the lawyer has made a reasonable effort to assure that the client has provided all the information and documents available to him that are responsive to the discovery demand."

The cases cited by Plaintiff do not support the proposition that there should be a heightened requirement for discovery in this case. While Plaintiff is concerned that history will repeat itself in terms of the discovery issues in *RCHFU, et al. v. Marriott, et al.*, No. 16-CV-01301 (D. Colo.), it also does not expect that Defendants will act improperly or in bad faith. This court has the same expectation that the parties will work in good faith and both sides will ensure that its production is as complete and thorough as possible given the complexity of this case. The parties will continue under the standard practice of certifying substantial completion of document production and supplement any disclosures or responses pursuant to Rule 26(e), if necessary.

Dated at Grand Junction, Colorado this February 18, 2020.

_____
Gordon P. Gallagher
United States Magistrate Judge