IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01870-RM-GPG

_____

**G.A. RESORT CONDOMINIUM ASSOCIATION,
INC**., a Colorado Nonprofit Corporation,

*Plaintiff*,

v.

**ILG, LLC**, a Delaware limited liability company,
**CHICAGO TITLE TIMESHARE LAND TRUST,
INC.**, a Florida corporation, as Trustee for HPC
TRUST, **GRAND ASPEN LODGING, LLC**, a
Delaware limited liability company, **HPC
DEVELOPER, LLC**, a Delaware limited liability
company, **HPC OWNERS' ASSOCIATION, INC**., a
Florida non-profit, **HV GLOBAL GROUP, INC.,** a
Delaware corporation, **HV GLOBAL
MANAGEMENT CORPORATION**, a Florida
corporation, and **MARRIOTT VACATIONS
WORLDWIDE CORPORATION**, a Delaware
corporation,

*Defendants.*

_____

**ORDER RE AMENDMENT TO CASE PLAN AND SCHEDULE
AND DATES FOR FURTHER CONFERENCES**

WHEREAS, Plaintiff and Defendants have met and conferred on the pretrial schedule

set forth in in the Case Plan and Schedule in the Scheduling Order entered on December 19,

2019 (Dkt. 80), as supplemented by the Stipulation and Order to Correct Dates in the Scheduling

Order dated January 17, 2020 (Dkt. 89), and as further supplemented by the Order of February

19, 2020 (Dkt. 96), and have agreed to a two (2) month extension of the dates in the Case Plan

and Schedule and Dates for Further Conferences,

IT IS hereby ORDERED that the Case Plan and Schedule and Dates for Further

Conferences shall be amended as follows (the Court finding additional good cause for the extension(s) based on the current Covid-19 pandemic):

## 9. <u>CASE PLAN AND SCHEDULE</u>

Deadline for substantial completion of document production: September 30, 2020

Deadline for service of requests to admit: February 1, 2021

Deadline for completion of fact discovery: April 30, 2021

Deadline for affirmative expert reports and disclosures: June 15, 2021

Deadline for rebuttal expert reports and disclosures: July 30, 2021

Deadline to complete expert depositions and discovery: August 30, 2021

Deadline for filing of dispositive motions: September 30, 2021

## 10. <u>DATES FOR FURTHER CONFERENCES</u>

Final Pretrial Conference: September 30, 2021. Parties are to notify the Court on or before September 30, 2021, if dispositive motions will be filed and, based on that information, the Court will issue a further Order.

DATED at Grand Junction, Colorado, this <u>23rd</u> day of <u>April</u> 2020.



_____

Gordon P. Gallagher

United States Magistrate Judge

2

CONSENTED TO AND APPROVED:

s/ Matthew C. Ferguson  Date: April 20, 2020
Matthew C. Ferguson, # 25687
THE MATTHEW C. FERGUSON LAW FIRM,
P.C.
119 South Spring, Suite 201
Aspen, CO 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com

/s Tyler Meade Date: April 20, 2020
By: Tyler Meade
THE MEADE FIRM, p.c.
12 Funston Ave., Suite A
San Francisco, CA 94129
Telephone: (415) 724-9600
Facsimile: (415) 510-2544
E-mail: tyler@meadefirm.com

s/ Michael J. Reiser Date: April 20, 2020
By: Michael J. Reiser
REISER LAW, P.C.
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
*Attorneys for Plaintiff G.A. Resort Condominium
Association, Inc.*

s/ Roger B. Kaplan  Date: April 20, 2020
By: Roger B, Kaplan
    Philip R. Sellinger
    Ian S. Marx
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07931-0677
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
Email:   KaplanR@gtlaw.com
         SellingerP@gtlaw.com
         MarxI@gtlaw.com
       - and -
Naomi G. Beer, Esq.
GREENBERG TRAURIG, LLP
1144 Fifteenth Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
E-mail: beern@gtlaw.com
*Attorneys for Defendants ILG, LLC, Chicago Title
Timeshare Land Trust, Inc., Grand Aspen
Lodging, LLC, HPC Developer, LLC, HPC
Owners' Association, Inc., HV Global Group,
Inc., HV Global Management Corporation, and
Marriott Vacations Worldwide Corporation*