IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01870-RM-GPG

G.A. RESORT CONDOMINIUM ASSOCIATION, INC., et al.,

    Plaintiffs,

v.

ILG, LLC, et al.,

    Defendants.

_____

**PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION REGARDING DISMISSAL OF ILG AND MARRIOTT VACATIONS WORLDWIDE CORPORATION ON JURISDICTIONAL GROUNDS**
_____

Pursuant to Fed.R.Civ.P. 72(b)(2), Plaintiff objects to the portion of the Report and Recommendation Granting in Part and Deferring in Part Defendants' Motion to Dismiss the Second Amended Complaint in so far as it recommends the dismissal of ILG and Marriott Vacations Worldwide Corporation on jurisdictional grounds and denies jurisdictional discovery. Dkt. No. 101. Rather than repeating Plaintiff's argument at pages 36-40 of Dkt. No. 86, Plaintiff incorporates by reference that portion of its opposition to the motion to dismiss.

Dated: July 16, 2020　　　　　　　　　　　　Respectfully submitted,

By: */s/ Michael J. Reiser*　　　　　　　　　By: */s/ Tyler Meade*
Michael J. Reiser, Esq.　　　　　　　　　　　Tyler Meade, Esq.
REISER LAW, P.C.　　　　　　　　　　　　THE MEADE FIRM p.c.
1475 N. Broadway, Suite 300　　　　　　　　12 Funston Ave., Suite A
Walnut Creek, California 94596　　　　　　　San Francisco, CA 94129
Tel: (925) 256-0400　　　　　　　　　　　　Tel: (415) 724-9600
michael@reiserlaw.com　　　　　　　　　　　tyler@meadefirm.com

THE MATTHEW C. FERGUSON LAW FIRM, P.C.
Matthew C. Ferguson, Esq.
119 South Spring, Suite 201
Aspen, Colorado 81611
Tel: (970) 925-6288
matt@matthewfergusonlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of July, 2020, a true and accurate copy of the foregoing **PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION REGARDING DISMISSAL OF ILG AND MARRIOTT VACATIONS WORLDWIDE CORPORATION ON JURISDICTIONAL GROUNDS** will be filed and served via CM/ECF filing system upon following:

| | |
|---|---|
| Philip R. Sellinger, Esq. | Naomi G. Beer, Esq. |
| Ian S. Marx, Esq. | Greenberg Traurig, LLP |
| Roger B. Kaplan, Esq. | 1200 17th Street, Suite 2400 |
| Greenberg Traurig, LLP | Denver, CO 80202 |
| 500 Campus Drive, Suite 400 | beern@gtlaw.com |
| Florham Park, N|J 07932 | |
| SellingerP@gtlaw.com | |
| KaplanR@gtlaw.com | |
| MarxI@gtlaw.com | |

                                             */s/ Tyler Meade*