**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:19-cv-01870-RM-GPG

G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

CHICAGO TITLE TIMESHARE LAND TRUST, INC., a Florida corporation, as trustee for the HPC Trust,
GRANT ASPEN LODGING, LLC, a Delaware limited liability company,
HPC DEVELOPER, LLC, a Delaware limited liability company,
HPC OWNERS' ASSOCIATION, INC., a Florida nonprofit organization,
HV GLOBAL GROUP, INC., a Delaware corporation, and
HV GLOBAL MANAGEMENT CORPORATION, a Florida corporation,

    Defendants.

_____

**AMENDED ORDER**
_____

    This matter is before the Court on Defendants' motion for a forthwith hearing. (ECF No. 112.) Due to the imminence of the notice of violation hearing that is the subject of Defendants' motion for a temporary restraining order (ECF No. 111), the Court GRANTS the motion for a forthwith hearing, and ORDERS as follows:

    (1)    The parties are directed to appear before this Court on July 31, 2020, at 2:30 p.m., via VIDEO TELECONFERENCE ("VTC") before Judge Raymond P. Moore; the parties are directed to contact the Court's Courtroom Deputy via email (Cathy_Pearson@cod.uscourts.gov) on or before 5:00 p.m., July 30, 2020, for instructions on how to proceed with the VTC; and any other individual wishing to attend the hearing may monitor via the public access line and is

directed to call the Court's conference line as a participant (888.636.3807), Access Code 4296144#, five minutes before the scheduled time;

(2) At the hearing, Plaintiff shall show cause why it should not be enjoined from holding a hearing on the notice of violation described in Defendants' motion for a temporary restraining order.

This amended order supersedes the Court's earlier order (ECF No. 115).

DATED this 30th day of July, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge