**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:     Tammy Hoffschildt (VTC) | Date:   July 31, 2020 |

**CASE NO.   19-cv-01870-RM-GPG**

| Parties | Counsel |
|---|---|
| G.A. RESORT CONDOMINIUM ASSOCIATION, INC., | Tyler Meade<br>Sam Ferguson |
| Plaintiff, | Matthew Ferguson<br>Michael Reiser |
| v. | |
| ILG, LLC, *et al.*, | Philip Sellinger<br>Ian Marx |
| Defendants. | Roger Kaplan |

**COURTROOM MINUTES**

**MOTION HEARING – Video Teleconference (VTC)
COURT IN SESSION:       2:37 p.m.**

Appearances of counsel by VTC.

Preliminary remarks made by the Court.

Argument given and discussion held regarding Defendants' Motion for Temporary Restraining Order and to Enjoin Hearing on Notice of Violation before Plaintiff G.A. Resort Condominium Association, Inc., Scheduled for August 4, 2020, or Any Time Thereafter (Doc. 111).

The Court takes the motion under advisement and states that an order will issue on Monday, August 3, 2020.

**Court in recess:            3:24 p.m.
Total in court time:       00:47
Hearing concluded**