**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01870-RM-GPG

G.A. RESORT CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

CHICAGO TITLE TIMESHARE LAND TRUST, INC., a Florida corporation, as trustee for the HPC Trust,
GRANT ASPEN LODGING, LLC, a Delaware limited liability company,
HPC DEVELOPER, LLC, a Delaware limited liability company,
HPC OWNERS' ASSOCIATION, INC., a Florida nonprofit organization,
HV GLOBAL GROUP, INC., a Delaware corporation, and
HV GLOBAL MANAGEMENT CORPORATION, a Florida corporation,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 132) by Judge Raymond P. Moore entered on November 30, 2020, it is

ORDERED that judgment is hereby entered in favor of the defendants and against the plaintiff.  It is

FURTHER ORDERED that this case is closed.

 Dated at Denver, Colorado this 30th day of November, 2020.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By:     s/C. Pearson, Deputy Clerk